# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Case Number: 18-257

**Edward T. Kennedy**

vs.

**Commissioner Department of the Treasury**
**Internal Revenue Service**



Acceptance of Service by the United States Attorney

I _Anthony Dilport_ (print name) hereby accept service on behalf of the United States Attorney (only).

_____
For the United States Attorney (Signature)

_Anthony Dilport_
Print Name

2/5/18
Date