IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD T. KENNEDY, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 5:18-cv-00257-JFL |
| COMMISSIONER DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE, *et al.*, | ) |
| Defendants. | ) |

## **ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS**

Upon consideration of the United States' Motion to Dismiss, any opposition and reply thereto, it is

ORDERED that the Motion is GRANTED; and it is also

ORDERED that Plaintiffs' claims are DISMISSED with prejudice.

DATE:_____                    _____
                                       UNITED STATES DISTRICT JUDGE