UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Allentown Division

EDWARD T. KENNEDY,
       Plaintiff,

Case No. 5: 18-cv-00257-JFL

-v-

COMMISSIONER DEPARTMENT OF
THE TREASURY INTERNAL REVENUE
SERVICE, et. al.

       Defendants.

## NOTICE AND REQUEST TO THE COURT

Plaintiff asks the court and/or honorable Judge Leeson for permission for ECF access on this case.

Date: April 18, 2018.

Respectfully submitted,

/s/ Edward Thomas Kennedy

Edward Thomas Kennedy, Pro Se
401 Tillage Road
Breinigsville, Pennsylvania 18031
Email: pillar.of.peace.2012@gmail.com
Email: kennedy2018@alumni.nd.edu
Telephone: 415-275-1244
Fax: 570-609-1810

## CERTIFICATE OF SERVICE

I certify that on April 18, 2018, I filed this Notice with the Clerk of the Court in person at the Allention Division location.

/s/ Edward Thomas Kennedy

EDWARD THOMAS KENNEDY
Plaintiff, Pro Se.