UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Allentown Division

EDWARD T. KENNEDY,
    Plaintiff,

Case No. 5: 18-cv-00257-JFL

-v-

COMMISSIONER DEPARTMENT OF
THE TREASURY INTERNAL REVENUE
SERVICE, et. al.

    Defendants.

## NOTICE AND REQUEST TO THE COURT 2
### and Notice to Attorney Coppler

Plaintiff asks honorable Judge Leeson and/or the court for permission to use ECF filing on this case.

Plaintiff was granted ECF filing on his cases in the UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA, and complies with the rules.

Plaintiff uses Pacer, however, without ECF email notifications from Pacer, Plaintiff is disadvantaged in this case because it reduces Plaintiff's time to respond. For example, Defendant's Attorney Coppler filed a Motion to Dismiss on April 6, 2018. Plaintiff did not receive a physical copy of her Motion from Washington DC by mail until Saturday, April 14, 2018.

Second, Notice is also given to Attorney Coppler that Defendant John Doe has yet to be served by the US Marshall.

Date: April 19, 2018.

Respectfully submitted,

/s/ R K

Edward Thomas Kennedy, Pro Se
401 Tillage Road
Breinigsville, Pennsylvania 18031
Email: pillar.of.peace.2012@gmail.com
Email: kennedy2018@alumni.nd.edu
Telephone: 415-275-1244
Fax: 570-609-1810

## CERTIFICATE OF SERVICE

I certify that on April 19, 2018, a filed copy of NOTICE AND REQUEST TO THE COURT 2 and Notice to Attorney Coppler was served by fax to 202-514-6866 at 5:40 AM on the following Attorney in charge for the Defendants Commissioner Department of the Treasury Internal Revenue Service and John Doe, now known to the Plaintiff as R.B. Simmons:

>Catriona M. Coppler
>Tax Attorney, Tax Division
>US Department of Justice
>Post Office Box 227
>Washington DC 20044

_____
EDWARD THOMAS KENNEDY
Plaintiff, Pro Se.