UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Allentown Division


EDWARD T. KENNEDY,

        Plaintiff,

                                    Case No. 5: 18-cv-00257-JFL

-v-

COMMISSIONER DEPARTMENT OF THE
TREASURY INTERNAL REVENUE SERVICE,
et.al.,

        Defendants.

FILED
APR 25 2018
KATE BARKMAN, Clerk
By_____Dep. Clerk

NOTICE OF CONSTITUTIONAL QUESTIONS

NOTICE
Pennsylvania - An Act for the Gradual Abolition of Slavery, 1780
See http://avalon.law.yale.edu/18th_century/pennst01.asp, 1780 [1]


NOTICE
The Judiciary Act; September 24, 1789
1 Stat. 73.
An Act to Establish the Judicial Courts of the United States.

       Plaintiff accepts the Oath of Office of Joshua Shapiro, Attorney General, Pennsylvania

Office of Attorney General, Commonwealth of Pennsylvania, and binds him to it, and respectfully

reminds him of his (fiduciary, etc.) duties to the Plaintiff. [2]

       Second, Plaintiff Edward T. Kennedy serves this notice of constitutional question on

---

[1] http://avalon.law.yale.edu/18th_century/pennst01.asp
[2] See State Attorneys General Powers and Responsibilities, edited by Lynne M. Ross, National Association of Attorneys General, Chapter 18, Consumer Protection, 1990

Joshua David Shapiro, also known as Josh Shapiro, Attorney General, Pennsylvania Office of Attorney General, Commonwealth of Pennsylvania, in this complaint and challenges the constitutionality of Commonwealth of Pennsylvania Office of Attorney General authority and powers including the following consumer protection authority: a. Bureau of Consumer Protection [3] and b. Public Protection Division. [4]

ALLEGED FACTS

1.     Defendants in this case are bill collectors.

2.     Defendants in this case and their employer, Internal Revenue Service, are neither licensed or registered as bill collectors [5] in the Commonwealth of Pennsylvania.

3.     The Pennsylvania Office of Attorney General failed to protect the Plaintiff from unlawful bill collectors, in violation of Plaintiff's Civil Rights.

4.     The Pennsylvania Office of Attorney General has a duty under oath to protect the Plaintiff from unlawful bill collectors.

5.     The Commonwealth of Pennsylvania is a corporation, and is under the jurisdiction of the United States, and agrees to obey its law.

Constitutional questions

1.     Does the Pennsylvania Office of Attorney General have the Constitutional authority to protect the Plaintiff from the Defendants listed heretofore.

2.     Why are Defendants herein allowed to steal currency [6] from the plaintiff, and harass and threaten the Plaintiff?

---

[3] https://www.attorneygeneral.gov/public-protection-division/bureau-consumer-protection/
[4] https://www.attorneygeneral.gov/public-protection-division/
[5] evidenced by the Commonwealth of Pennsylvania Secretary of State website.
[6] Defendant John Doe, now known to the Plaintiff as R.B. Simmons liened currency, ie "stole currency" from the Plaintiff on March 28, 2018 and April 25, 2018.

3.  Concerning Pennsylvania - An Act for the Gradual Abolition of Slavery, 1780, is Slavery abolished within the jurisdiction of the Commonwealth of Pennsylvania , yes or no?

3.  Did all employees of Pennsylvania Office of Attorney General signed oaths of office comply with the U.S. Constitution?

Please comply with United States Statutes at Large/Volume 1/1st Congress/1st Session/Chapter 1 and sign your response with your full legal name, by hand and not with a digital signature.

Date: April 25, 2018.

Respectfully submitted,

*/signed/*

Edward T. Kennedy
401 Tillage Road
Breinigsville, Pennsylvania 18031
Email: pillar.of.peace.2012@gmail.com
Email: kennedy2018@alumni.nd.edu
Telephone: 415-275-1244
Fax: 570-609-1810

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2018 that I filed a copy of the foregoing NOTICE OF CONSTITUTIONAL QUESTIONS at the office of the Clerk of Court at United States District Court for the Eastern District of Pennsylvania Allentown Division location, and served by fax number 202-514-6866 to the following Attorney:

>  Catriona M. Coppler
>  Tax Attorney, Tax Division
>  US Department of Justice
>  Post Office Box 227
>  Washington DC 20044

and served by fax number 717-783-1107 to the following:

>  Joshua David Shapiro (also known as Josh Shapiro)
>  Commonwealth of Pennsylvania Attorney General
>  Commonwealth of Pennsylvania Office of Attorney General
>  16th Floor, Strawberry Square
>  Harrisburg, PA 17120

EDWARD T. KENNEDY
Plaintiff, Pro Se.