UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Allentown Division

EDWARD T. KENNEDY,

        Plaintiff,

                                           Case No. 5: 18-cv-00257-JFL

    -v-

COMMISSIONER DEPARTMENT OF THE
TREASURY INTERNAL REVENUE SERVICE,
et al.,



KATE BARKM... ...
By_____ .... Clerk

        Defendants.

## NOTICE TO THE COURT
## NOTICE TO HONORABLE JUDGE LEESON
## AND REQUESTS

Plaintiff accepts the Oath of Office of the Honorable Judge assigned to this case, and

binds him to it, and respectfully reminds him of his (fiduciary, etc.) duties to the Plaintiff.

Second, Plaintiff is not a BAR Association member, which is a private membership

association. Plaintiff cannot be forced to obey or comply with this association's bylaws and/or

terms and conditions, [1] because Plaintiff is not a member.

Third, Plaintiff asks Honorable Judge Leeson assigned to this case for permission to

use ECF filing on this case with facts provided herein. Please notice that Plaintiff was granted

ECF filing on his cases in the United States District Court for the Middle District of Pennsylvania

---

[1] Plaintiff is an ordained roman catholic priest since 2014 and a Papal Knight since 2018, but not a
BAR Association member. Plaintiff is a private association member of the Miller's Organic Farm,
Bird in Hand, Pennsylvania.

in this Judicial District.

Fourth, Plaintiff is experienced and competent to use computers and access databases since at least 1983.

Fifth, Plaintiff agreed and now also agrees to comply with ECF rules for this Court.

Sixth, Plaintiff states without ECF, Plaintiff is disadvantaged in this case because it reduced and reduces Plaintiff's time to respond. Plaintiff is disadvantaged in this case without ECF filing permissions. For example, DC BAR member[2] Coppler filed a Motion to Dismiss with prejudice on April 6, 2018. Plaintiff did not receive a paper copy of this Motion until Saturday, April 14, 2018. US mail does not allow the Plaintiff with sufficient time to properly research the matter and respond in a timely manner.

Seventh, Plaintiff states that failure to grant ECF access is a violation of his guaranteed due process rights under the 14th amendment of the U.S. Constitution, and grounds for appeal.

Eighth, Plaintiff is not trained in recent Federal Rules of Procedure, Federal Rules of Evidence, the local rules of this Court, and Attorney Rules of Professional Conduct, and requests assistance at all times in this case, [3] and it is now requested concerning an lien against the Plaintiff by the Defendants. [4]

Ninth, Please advise Plaintiff concerning footnotes 2, 3 and 4.

---

[2] Constitutional question 1: Why is a DC BAR member allowed entry of appearance in this Court? Constitutional question 1: Why is a DC BAR member allowed entry of appearance in this Court without disclosing her BAR number in the signature block?
[3] Defendants are not licensed and/or registered to be debt collectors in the Commonwealth of Pennsylvania, evidenced by the Pennsylvania Secretary of State's website.
[4] Funds were stolen twice by the Defendants from Plaintiff's account on March 28, 2018 and April 25, 2018.

Tenth, Eleventh, Plaintiff is trained in monastic medicine. Plaintiff is competent to testify

that the radiation scanner at the entrance to the Allentown location has caused cell damage to the

Plaintiff. (ECF access may contain and/or minimize that cell damage.)

Eleventh, if Plaintiff is again denied ECF access, Plaintiff requests permission to file by fax.

Twelve, parking is a safety issue at Clerk's Office, Allentown U.S. District Court, ED of

PA Edward N. Cahn Courthouse & Federal Building 504 W. Hamilton Street, Suite 1601

Allentown, PA 18101, Especially our days with rain and or snow.


Date: April 25, 2018.

Respectfully submitted,

Edward T. Kennedy
401 Tillage Road
Breinigsville, Pennsylvania 18031
Email: pillar.of.peace.2012@gmail.com
Email: kennedy2018@alumni.nd.edu
Telephone: 415-275-1244
Fax: 570-609-1810

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2018 that I filed a copy of the foregoing Plaintiff's

Motion for Partial Summary Judgement and Plaintiff's Memorandum in Support of Motion for

Partial Summary Judgement in person at the office of the Clerk of Court at United States District

Court for the Eastern District of Pennsylvania Allentown Division location, and served by fax

number 202-514-6866 at approximately 10:30 am east coast time to the following Attorney:

Catriona M. Coppler
Tax Attorney, Tax Division
US Department of Justice
Post Office Box 227
Washington DC 20044

EDWARD T. KENNEDY
Plaintiff, Pro Se.