UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Allentown Division


EDWARD T. KENNEDY,

        Plaintiff,

                                              Case No. 5: 18-cv-00257-JFL

-v-

COMMISSIONER DEPARTMENT OF THE
TREASURY INTERNAL REVENUE SERVICE,
et al.,

        Defendants.

## NOTICE TO THE COURT
### Concerning Defendant John Doe

1.    Thank you for the Order, dated the 30th day of January, 2018.

2.    Defendant John Doe is R. B. Simmons, located at Department of the Treasury Internal Revenue Service PO Box 24551 Kansas City Missouri 64131-0551.

3.    Defendant Simmons refused to provide his first and middle name to the plaintiff.

4.    Defendant Simmons refused to provide his Internal Revenue Service identification information to the plaintiff, and fails to respond to letters.

5.    A copy of Form USM-285 for Defendant Simmons is attached to the Notice.

6.    Plaintiff sent USM-285 completed form for Simmons plus five copies by USPS Certified Mail, signed return receipt requested to the U.S. Marshall Service, U.S.

-1-

Courthouse 601 Market Street, 2nd Floor, Room #2110, Philadelphia, PA 19106 today [1], plus a copy of the Court's Order dated January 30, 2018.

6.    Please inform and advise the plaintiff if the form is incomplete or completed incorrectly.

7.    Plaintiff believes that the US Marshal may and/or could play games at times with service of process from pro se litigants

8.    Plaintiff requests the Court to be attentive to this matter and not ever assume, presume or conclude plaintiff's intention is or was a failure to prosecute.

9.    Plaintiff's intention is to prosecute this case and obtain justice for it is a guaranteed right under the US Constitution.

10.    Plaintiff notices the Court, Attorney Coppler and the US Marshall office of his due process rights under the Fourteenth Amendment of the Constitution.

Date: April 26, 2018.

Respectfully submitted,

Edward T. Kennedy
401 Tillage Road
Breinigsville, Pennsylvania 18031
Email: pillar.of.peace.2012@gmail.com
Email: kennedy2018@alumni.nd.edu
Telephone: 415-275-1244
Fax: 570-609-1810

---

[1] Envelope provided by US Marshall.

Plaintiff Pro Se