IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD T. KENNEDY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COMMISSIONER DEPARTMENT OF THE ) <br> TREASURY INTERNAL REVENUE ) <br> SERVICE, *et al.*, ) <br> ) <br> Defendants. ) <br> _____) | Case No. 5:18-cv-00257-JFL |

**ORDER DENYING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

This matter is before the Court on Plaintiff Edward T. Kennedy's Motion for Partial Summary Judgment. After reviewing the Plaintiff's Motion, any responses and replies thereto, and the record as a whole, the Court finds that Plaintiff is not entitled to judgment as a matter of law. The Plaintiff's Motion is hereby DENIED.

IT IS SO ORDERED.

Entered this _____ day of _____ 2018.

_____
Honorable Joseph F. Leeson, Jr.
United States District Judge