IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD T. KENNEDY, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 5:18-cv-00257-JFL |
| COMMISSIONER DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE, *et al.*, | ) |
| Defendants. | ) |

## THE UNITED STATES' OBJECTIONS TO PLAINTIFF'S STATEMENT OF FACTS IN ALL PLAINTIFF'S MOTIONS FOR SUMMARY JUDGMENT

The United States, as the real party in interest and in place of the named defendants, asserts objections to all statements of "fact" included in Plaintiff's Motions for Summary Judgment. The Court requires that Plaintiff, "include only those facts that are material to the issues in dispute . . . [and] accompany each factual assertion with a citation to the specific portion(s) of the record that support the assertion, including the exhibit, page, and line numbers." The Honorable Joseph F. Leeson Jr.'s Policies and Procedures, Section II(F)(8), Motions for Summary Judgment – Required Statement of Undisputed Material Facts. The Court is clear that it "will not consider a factual assertion that is not supported by a citation to the record." The Honorable Joseph F. Leeson Jr.'s Policies and Procedures, Section II(F)(8), Motions for Summary Judgment – Required Statement of Undisputed Material Facts.

Plaintiff has yet again failed to cite to any portions of the record that supports any of his facts in any of his Motions for Summary Judgment. He instead offers bare, conclusory allegations and unsupported conclusions of law. In Plaintiff's Motion to Order Defendants to

Cease and Desist, Plaintiff comes the closest to offering material facts. However, Plaintiff offers no citations to the record and no evidence other than his arguments that would demonstrate that those facts are undisputed. Consequently, a genuine dispute exists and the United States respectfully requests that the Court strike or otherwise disregard all portions of Plaintiff's statements of facts in all Plaintiff's Motions for Summary Judgment.

Date: May 24, 2018

                                            RICHARD E. ZUCKERMAN
                                            Principal Deputy Assistant Attorney General

                                            *s/ Catriona M. Coppler*
                                            CATRIONA M. COPPLER
                                            (DC Bar # 241446)
                                            Trial Attorney, Tax Division
                                            U.S. Department of Justice
                                            P.O. Box 227
                                            Washington, D.C.  20044
                                            202-514-5153 (v)
                                            202-514-6866 (f)
                                            Catriona.M.Coppler@usdoj.gov