IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD T. KENNEDY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 5:18-cv-00257-JFL |
| v. ) | |
| ) | |
| COMMISSIONER DEPARTMENT OF THE ) | |
| TREASURY INTERNAL REVENUE ) | |
| SERVICE, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER DENYING PLAINTIFF'S MOTIONS FOR SUMMARY JUDGMENT,
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT 3,
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT WITH LAWFUL MONEY,
AND PLAINTIFF'S MOTION TO ORDER DEFENDANTS TO CEASE AND DESIST**

This matter is before the Court on Plaintiff Edward T. Kennedy's Motion for Summary Judgment, Motion for Summary Judgment 3, Motion for Summary Judgment with Lawful Money, and Motion to Order Defendant to Cease and Desist. After reviewing the Plaintiff's Motions, any responses and replies thereto, and the record as a whole, the Court finds that Plaintiff is not entitled to judgment as a matter of law. The Plaintiff's Motions are hereby DENIED.

IT IS SO ORDERED.

Entered this _____ day of _____ 2018.

_____
Honorable Joseph F. Leeson, Jr.
United States District Judge