USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

Case 5:18-cv-00257-JFL Document 21 Filed 06/01/18 Page 1 of 4

**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| EDWARD T. KENNEDY | 5:18-CV-OO257-JFL |
| DEFENDANT | TYPE OF PROCESS |
| COMMISSIONER DEPARTMENT OF THE INTERNAL REVENUE SERVICE, et. al. | complaint and summons |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CATRIONA M. COPPLER, ATTORNEY FOR DEFENDANT R.B.SIMMONS,

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
US DEPARTMENT OF JUSTICE, PO BOX 227, WASHINGTON DC 20044

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

EDWARD T. KENNEDY
401 TILLAGE ROAD
BREINIGSVILLE, PA 18031
Phone: 415-275-1244

FILED
JUN 01 2018
KATE BARKMAN, Clerk
By ___ Dep. Clerk

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | YES-CHECK |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Additional addresses for Defenndant Simmons are Department of the Treasury Internal Revenue Service Washington DC 20224 and INTERNAL REVENUE SERVICE PO BOX 24551 KANSAS CITY, MO 64131-0551

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER: 415 275 1244    DATE: APRIL 26 2018

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 1 | No. | No. | | 5/1/18 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Date: 5/1/18    Time: ☐ am ☐ pm

Signature of U.S. Marshal or Deputy: *See attached email claim* S/C by email

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund) |
|---|---|---|---|---|---|

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

## Shelinsky, Maryann (USMS)

**From:** Coppler, Catriona M. (TAX) <Catriona.M.Coppler@usdoj.gov>
**Sent:** Monday, May 7, 2018 10:33 AM
**To:** Shelinsky, Maryann (USMS)
**Subject:** Re: Civil case 18-257 - Kennedy vs. IRS Commissioner

My apologies for the delayed response. I believe there may have been some confusion, but I just wanted to clarify that I represent the United States. That being said, to the extent Mr. Simmons is being named in his official capacity, it is sufficient for you to just scan the Summons, Order, and Complaint to me.

Please do not hesitate to let me know if you have any questions.

Thank you,

Catriona Coppler
Trial Attorney
U.S. Department of Justice, Tax Division Civil Trial Section, Eastern Region P.O. Box 227, Ben Franklin Station<x-apple-data-detectors://1/0>
Washington<x-apple-data-detectors://1/0>, DC 20044
Tel: (202) 514-5153<ctxtel:(202)%20514-5153> Catriona.M.Coppler@usdoj.gov<mailto:Catriona.M.Coppler@usdoj.gov>

---

From: Shelinsky, Maryann (USMS) <Maryann.Shelinsky@usdoj.gov>
Date: May 7, 2018 at 9:45:04 AM EDT
To: Coppler, Catriona M. (TAX) <Catriona.M.Coppler@tax.USDOJ.gov>
Subject: FW: Civil case 18-257 - Kennedy vs. IRS Commissioner

?? - Just trying to get this case completed. Appreciate your response one way or the other. Thank you!!

Maryann Shelinsky
Administrative Assistant
United States Marshals Service, E/PA
215-597-1687

From: Shelinsky, Maryann (USMS)
Sent: Thursday, May 3, 2018 8:56 AM
To: Coppler, Catriona M. (TAX) <Catriona.M.Coppler@usdoj.gov>
Subject: Civil case 18-257 - Kennedy vs. IRS Commissioner

Good morning,

1

I just received this case to be processed and I was wondering if I would be able to scan the Summons, Order and Complaint to you. Per the documents in the file it appears you are representing R.B. Simmons and the IRS Commissioner.

If this is acceptable to you, please respond to this email and let me know your response.

Thank you!

Maryann Shelinsky
Administrative Assistant
United States Marshals Service, E/PA
215-597-1687

# Shelinsky, Maryann (USMS)

**From:** Coppler, Catriona M. (TAX) <Catriona.M.Coppler@usdoj.gov>
**Sent:** Monday, May 7, 2018 1:49 PM
**To:** Shelinsky, Maryann (USMS)
**Subject:** RE: Scan from a Xerox WorkCentre

Received. Thank you.


Catriona Coppler
Trial Attorney
U.S. Department of Justice, Tax Division

-----Original Message-----
From: Shelinsky, Maryann (USMS) [mailto:Maryann.Shelinsky@usdoj.gov]
Sent: Monday, May 07, 2018 11:26 AM
To: Coppler, Catriona M. (TAX) <Catriona.M.Coppler@tax.USDOJ.gov>
Subject: FW: Scan from a Xerox WorkCentre

Attached is the Summons, Order and Complaint for Edward T. Kennedy. Please confirm receipt so that I can attach to the paperwork and return it to the Clerk's Office. Thank you.


Maryann Shelinsky
Administrative Assistant
United States Marshals Service, E/PA
215-597-1687



-----Original Message-----
From: USMS-C-PAE0977N [mailto:IASWorkcenter@usdoj.gov]
Sent: Monday, May 7, 2018 11:20 AM
To: Shelinsky, Maryann (USMS) <MShelinsky@usms.doj.gov>
Subject: Scan from a Xerox WorkCentre

Please open the attached document. It was scanned and sent to you using a Xerox WorkCentre.

Number of Images: 15
Attachment File Type: PDF

Device Name: USMS-C-PAE0977N
Device Location: PAE Philadelphia Admin Office 2nd Flr Xerox 5335

For more information on Xerox products and solutions, please visit http://www.xerox.com/

1