UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Allentown Division

EDWARD T. KENNEDY,

    Plaintiff,

    -v-

COMMISSIONER DEPARTMENT OF
THE TREASURY INTERNAL REVENUE
SERVICE, et. al.

    Defendants.

Case No. 5: 18-cv-00257-JFL

FILED
JUN - 4 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## PLAINTIFF'S NOTICE AND OBJECTIONS

TAKE JUDICIAL NOTICE

1.    Edward T. Kennedy, (hereinafter "Kennedy") is one of the people of Pennsylvania, and in this court of record notices the court and objects and complains, to wit: a. Attorney Coppler filed paperwork into this court of record without disclosing her Bar identification number, evidence that the Defendants never appeared for she never appeared.

2.    Kennedy wishes the court accept his Emergency Motion of Summary Judgement 4 wishes the assigned Judge and/or Judges to Grant his Order Emergency Motion of Summary Jndgement 4.

3. Attorney Copper is a DC Bar member, and took an oath that says she knows the law, and will obey the law.

4. Defendants continue to steal money from Kennedy.

5. Kennedy has no contract with Defendants and n contract with the IRS, yet Attorney Coppler insists Kennedy has such a contract.

6. 26 USC 7806(b) says that Title 26 is not the law. In other words, "No inference, implication or presumption of legislative construction shall be drawn or made by reason of the location or grouping of any particular section or provision or portion of this title..." N.B. "legislative construction" means "law."

7. 26 USC 4161(a) says lures must be taxed. Nordby supply Co. applied 26 USC 7806(b) to invalidate the lure tax.

8. The Internal Revenue Code is not the law. It only defines a contract between the IRS and the individual.

9. TITLE 26, UNITED STATES CODE SERVICE.

Section 7806. Construction of Title.

(a) Cross references. The cross references in this title to other portions of the title, or other provisions of law, where the word "see" is used, are made only for convenience, and shall be given no legal effect.

(b) Arrangement and classification. No inference, implication, or presumption of legislative construction shall be drawn or made by reason of the location or grouping of any particular section or provision or portion of this title, nor shall any table of contents, table of cross references, or similar outline, analysis, or descriptive matter relating to the

contents of this title be given any legal effect. The preceding sentence also applies to the sidenotes and ancillary tables contained in the various prints of this Act before its enactment into law.

10.  CITATION

1. Location or grouping of section

Fact that 26 USCS Sec. 4161(a) is located in part of Code dealing with recreational equipment and sporting goods is of little significance in determining applicability of tax to lures nsed in commercial fishing since Sec. 7806 provides that nothing is to be inferred from grouping or indexing of any particular section. Nordby Supply Co. v United States (1978, CA9 Wash) 572 F2d 1377, cert den 439 US 861, 58 L Ed 2d 170, 99 S Ct 182.

---

TITLE 26, UNITED STATES CODE SERVICE.

Section 4161. Imposition of tax.

(a) Rods, creels, etc. There is hereby imposed upon the sale of fishing rods, creels, reels, and artificial lures, baits, and flies (including parts or accessories of such articles sold on or in connection therewith, or with the sale thereof) by the manufacturer, producer, or importer a tax equivalent to 10 percent of the price for which so sold. Other case law related to 26 USC 7806 is as follows:

Hall et al. vs. USA, 975 F.2d 722
Laing vs. US, 423 U.S. 161
U.S. vs. Reorganized CF, 518 U.S. 213
Juvenile Shoe Corporation vs. U.S.A., 99 F.3d 898
Motor Fuel Carriers, Inc. vs. U.S., 420 F.2d 702
Alcoa, Inc. vs. U.S.A., 509 F.3d 173
U.S. vs. Bisceglia, 420 U.S. 141
Natchez vs. U.S.A., 705 F.2d 671
Bank One Corporation vs. Commissioner of Internal Revenue, Docket 5759-95

Patton vs. U.S.A., 305 F.2d 655
Security State Bank vs. Commissioner of Internal Revenue, 214 F.3rd 1254
U.S.A. vs. Garland, 43 F.3d 1474
Nordby Supply company vs. U.S., 572 F2d 1377.

11. Conclusion: 26 USC is not law, and Attorney is guilty of fraud upon the court.

Date: May 30, 2018.

Respectfully submitted,

Edward T. Kennedy
401 Tillage Road
Breinigsville, Pennsylvania 18031
Email: pillar.of.peace.2012@gmail.com
Email: kennedy2018@alumni.nd.edu
Telephone: 415-275-1244
Fax: 570-609-1810

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2018 that I filed a copy of the foregoing Notice by US regular mail to the office of the Clerk of Court at United States District Court for the Eastern District of Pennsylvania Allentown Division location, and served by fax number 202-514-6866 to the following Attorney:

>Catriona M. Coppler
>Tax Attorney, Tax Division
>US Department of Justice
>Post Office Box 227
>Washington DC 20044

FILED
JUN - 4 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

EDWARD T. KENNEDY
Plaintiff.