IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD T. KENNEDY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COMMISSIONER DEPARTMENT OF THE )<br>TREASURY INTERNAL REVENUE )<br>SERVICE, *et al.*, )<br>)<br>Defendants. )<br>_____) | Case No. 5:18-cv-00257-JFL |

**ORDER DENYING PLAINTIFF'S EMERGENCY MOTION
FOR SUMMARY JUDGMENT 4**

This matter is before the Court on Plaintiff Edward T. Kennedy's Emergency Motion for Summary Judgment 4. After reviewing the Plaintiff's Motion, any responses and replies thereto, and the record as a whole, the Court finds that Plaintiff is not entitled to judgment as a matter of law. The Plaintiff's Motion is hereby DENIED.

IT IS SO ORDERED.

Entered this _____ day of _____ 2018.

_____
Honorable Joseph F. Leeson, Jr.
United States District Judge