UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

EDWARD T. KENNEDY,                                  :
                                                    :
                        Plaintiff,                  :
            v.                                      :            No. 5:18-cv-00257
                                                    :
COMMISSIONER, *DEPARTMENT OF THE*                   :
*TREASURY INTERNAL REVENUE SERVICE*;                :
JOHN DOE, *DEPARTMENT OF THE*                       :
*TREASURY INTERNAL REVENUE SERVICE* ,               :
                                                    :
                        Defendants.                 :

---

# **O R D E R**

**AND NOW**, this 18th day of June, 2018, upon consideration of the United States' Motion

to Dismiss, ECF No. 5, and for the reasons set forth in the Opinion issued this date, it is

**ORDERED** that:

1. The Motion, ECF No. 5, is **GRANTED**;

2. Plaintiff's Complaint is **DISMISSED with prejudice**;

3. This case is **CLOSED**.

                                        BY THE COURT:


                                        */s/ Joseph F. Leeson, Jr.*_____
                                        JOSEPH F. LEESON, JR.
                                        United States District Judge