UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Allentown Division

EDWARD T. KENNEDY,

    Plaintiff,

    -v-

COMMISSIONER DEPARTMENT OF
THE TREASURY INTERNAL REVENUE
SERVICE, et. al.,

    Defendants.

Case No. 5: 18-cv-00257-JFL

## NOTICE AND OBJECTIONS

1. Plaintiff Edward Thomas Kennedy, (hereinafter "Kennedy") is one of the people of Pennsylvania, and in this court of record objects to the following: Attorney Catriona M. Coppler AND defendants COMMISSIONER DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE, et. al..

2. Plaintiff sued defendants for injuries and damages for their intentional infliction of emotional stress harm to the plaintiff.

3. Coppler failed to affirm or swear to tell the truth under penalty of perjury.

4. Coppler has no authority to file a proposed Order in this court of record.

5. Coppler took a solemn oath to tell the truth and not lie, misconstrue, misinform or put false information in the public record or in courts of law.

6. Coppler put false information in this courts of law.

7. Coppler alleges plaintiff has a contract with defendants, which is a lie.

8. Statutes and codes shall be the rules of decision as long as they are not in conflict with the common law.

9. Plaintiff files this Notice and Objection and wishes the court to find that Coppler obstructed Plaintiff's right to justice.

10. Plaintiff files this Notice and Objection and wishes the court to find in Plaintiff favor all requests for relief under Summary Judgement without further delay.

11. Plaintiff wishes this court consider contempt of court charges of one dollar against Coppler.

Date: June 14, 2018, County of Lehigh, Pennsylvania.

*Edward Thomas Kennedy*

_____SEAL

Edward Thomas Kennedy
401 Tillage Road
Breinigsville, Pennsylvania
Email; kennedy12@protonmail.ch
Fax: 570-609-1810.

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2018, I filed the foregoing NOTICE AND OBJECTIONS by USPS Mail to the Clerk of Court USDC Allentown Division and served by email on the following Tax Attorney:

>Catriona M. Coppler
>Tax Attorney, Tax Division
>US Department of Justice
>Post Office Box 227
>Washington DC 20044
>
>Email: catriona.m.coppler@usdoj.gov

Dated this 14th day of June, 2018

*Edward Thomas Kennedy*   (SEAL)

_____

Edward Thomas Kennedy, Plaintiff