UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Allentown Division

EDWARD T. KENNEDY,

    Plaintiff,

    -v-

COMMISSIONER DEPARTMENT OF
THE TREASURY INTERNAL REVENUE
SERVICE, et. al.,

    Defendants.

Case No. 5: 18-cv-00257-JFL

NOTICE AND SECOND REQUEST TO THE COURT FOR ECF ACCESS

Plaintiff Edward Thomas Kennedy is one of the people of Pennsylvania, and in this court of record, wishes the Judge who is assigned to administrate this case to allow and/or approve ECF access for the Plaintiff without delay.

Date: June 14, 2018.

Respectfully submitted,

*Edward Thomas Kennedy*

_____(SEAL)_

Edward Thomas Kennedy, Plaintiff
401 Tillage Road
Breinigsville, Pennsylvania 18031
Email: Kennedy12@pm.me
Fax: 570-609-1810.

-1-

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2018, I filed the foregoing NOTICE AND SECOND REQUEST TO THE COURT FOR ECF ACCESS by USPS Mail to the Clerk of Court USDC Allentown Division and served by email on the following Tax Attorney:

    Catriona M. Coppler
    Tax Attorney, Tax Division
    US Department of Justice
    Post Office Box 227
    Washington DC 20044

    Email: catriona.m.coppler@usdoj.gov

Dated this 13th day of June, 2018

*Edward Thomas Kennedy*

_____

Edward Thomas Kennedy, Plaintiff