IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Allentown Division

EDWARD T. KENNEDY,

      Plaintiff,

      -v-                                     Case No. 5: 18-CV-00257-JFL

COMMISSIONER DEPARTMENT OF
THE TREASURY INTERNAL REVENUE
SERVICE, et. al.

      Defendants.

PLAINTIFF'S MOTION TO ORDER DEFENDANTS TO STOP
STEALING FROM PLAINTIFF AND RETURN TO PLAINTIFF ALL
THEY HAVE STOLEN

1.    Plaintiff moves for an EMERGENCY order to stop Defendants Commissioner Department of the Treasury Internal Revenue Service, now known to be David J. Kautter,[1] and John Doe, now known to be R.D. Simmons to stop stealing from the Plaintiff. Defendants have gone gangster.

2    This motion is proper in this case because there is no contract between the defendants and the plaintiff and defendants have stolen funds from the plaintiff since this lawsuit began, and Defendants have taken oaths not to steal.

3.    This motion is based on the pleadings and papers on file in this case.

---

[1] https://www.irs.gov/newsroom/commissioner-david-j-kautter-acting

4.  WHEREFORE, Plaintiff requests the court grant the order for PLAINTIFF'S MOTION TO ORDER DEFENDANTS TO STOP STEALING FROM PLAINTIFF AND RETURN TO PLAINTIFF ALL THEY HAVE STOLEN without any further delay.

Date: June 15, 2018, County of Lehigh, Pennsylvania.

*Edward Thomas Kennedy*

_____SEAL

Edward Thomas Kennedy
401 Tillage Road
Breinigsville, Pennsylvania
Email; kennedy12@protonmail.ch
Fax: 570-609-1810.

CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2018 that I filed a copy of the foregoing PLAINTIFF'S MOTION TO ORDER DEFENDANTS TO STOP STEALING FROM PLAINTIFF AND RETURN TO PLAINTIFF ALL THEY HAVE STOLEN and Memorandum in support of PLAINTIFF'S MOTION TO ORDER DEFENDANTS TO STOP STEALING FROM PLAINTIFF AND RETURN TO PLAINTIFF ALL THEY HAVE STOLEN by USPS regular mail at the office of the Clerk of Court at United States District Court for the Eastern District of Pennsylvania Allentown Division location, and served by email to the following:

>Catriona M. Coppler
>Tax Attorney, Tax Division
>US Department of Justice
>Post Office Box 227
>Washington DC 20044

>Email: catriona.m.coppler@usdoj.gov

Dated this 14th day of June, 2018

*Edward Thomas Kennedy*   (SEAL)

_____
Edward Thomas Kennedy, Plaintiff.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Allentown Division

EDWARD T. KENNEDY,

      Plaintiff,

                                   Case No. 5: 18-CV-00257-JFL

      -v-

COMMISSIONER DEPARTMENT OF
THE TREASURY INTERNAL REVENUE
SERVICE, et. al.

      Defendants.

Memorandum in support of
PLAINTIFF'S MOTION TO ORDER DEFENDANTS TO STOP STEALING
FROM PLAINTIFF AND RETURN TO PLAINTIFF ALL THEY HAVE STOLEN

1.     Defendants took an oath not to steal.

2.     Since this case began, Defendants have stolen from the plaintiff three times and possibly more.

3.     Plaintiff has no contract with Defendants.

4.     The Defendants IRS codes are not law.

5.     Plaintiff is one of the people of Pennsylvania, and IRS code is not law in this court of record.

6.     Plaintiff previously objected to the fact Attorney Coppler failed to declare and/or swear under penalty of perjury that her paperwork is true and correct.

Date: June 15, 2018, County of Lehigh, Pennsylvania.

*Edward Thomas Kennedy*

_____SEAL

Edward Thomas Kennedy
401 Tillage Road
Breinigsville, Pennsylvania
Email; kennedy12@protonmail.ch
Fax: 570-609-1810.

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2018 that I filed a copy of

PLAINTIFF'S MOTION TO ORDER DEFENDANTS TO STOP STEALING

FROM PLAINTIFF AND RETURN TO PLAINTIFF ALL THEY HAVE STOLEN

and Memorandum in support of PLAINTIFF'S MOTION TO ORDER

DEFENDANTS TO STOP STEALING FROM PLAINTIFF AND RETURN TO

PLAINTIFF ALL THEY HAVE STOLEN by USPS regular mail at the office of the

Clerk of Court at United States District Court for the Eastern District of Pennsylvania

Allentown Division location, and served by email to the following:

>Catriona M. Coppler
>Tax Attorney, Tax Division
>US Department of Justice
>Post Office Box 227
>Washington DC 20044
>
>Email: catriona.m.coppler@usdoj.gov

Dated this 15th day of June, 2018

*Edward Thomas Kennedy*   (SEAL)

_____

Edward Thomas Kennedy, Plaintiff.

-3-