UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD T. KENNEDY, | : |
| Plaintiff, | : |
| v. | : No. 5:18-cv-00257 |
| COMMISSIONER, *DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE*; JOHN DOE, *DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE*, | : |
| Defendants. | : |

**O R D E R**

**AND NOW**, this 20th day of June, 2018, upon consideration of Plaintiff's Motion to Order Defendants to Stop Stealing from Plaintiff, ECF No. 29, and Plaintiff's Motion to Order Attorney Coppler to Declare that Her Paperwork is True and Correct, ECF No. 30, it is

**ORDERED** that the Motions, ECF Nos. 29 and 30, are **DENIED as moot**, in light of this Court's Order and Opinion dated June 18, 2018, ECF Nos. 25 and 26, dismissing Plaintiff's Complaint with prejudice.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge