UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Allentown Division

EDWARD T. KENNEDY,
        Plaintiff,

                              Case No. 5: 18-cv-00257-JFL

-v-

COMMISSIONER DEPARTMENT OF
THE TREASURY INTERNAL REVENUE
SERVICE, et. al.,
        Defendants.



NOTICE AND OBJECTIONS TO ORDER 2

1. Edward T. Kennedy, (hereinafter "Kennedy"or "Plaintiff") is one of the people of Pennsylvania, and in this court of record objects to Order dated June 18, 2018, signed by Joseph F. Leeson, the assigned Judge as follows:

1. Plaintiff is one of the people of Pennsylvania, and in this court of record, to wit: defendants are COMMISSIONER DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE, et. al., who are bill collectors with no licenses to be bill collectors.

2. Plaintiff sued defendants for injuries and damages for intentional infliction of emotional distress.

3. Attorney Coppler filed paperwork into this court of record[1] and failed to affirm or swear to tell the truth under penalty of perjury, which violates the rules of this court of record and the common law.

4. Coppler filed paperwork into this court claiming to be royalty and or nobility, with "Esquire" titles. This court of record does not allow royalty or nobility titles.

---

[1] Entry of Appearance on June 7, 2018 and a Motion to Dismiss.

Coppler took an oath to tell the truth. Coppler lied and this court and the assigned Judge ignored these lies.

6. Plaintiffs stole money from Kennedy, and this Court and the assigned Judge ignored all Kennedy's Motions.

7. The Judge assigned to administrate this case ignored the common law, the US Constitution.

8. The Judge assigned to administrate this case has no jurisdiction.

9. Plaintiff objects to this said Order because the assigned Judge has no jurisdiction.

## LAW OF THE CASE

10. Statutes and codes shall be the rules of decision as long as they are not in conflict with the common law. [2] In a court of record, a judge has no discretion. Discretion is reserved to the independent tribunal. When the word "law" is used without qualification, it means common law.

12. Previously filed Exhibit "1" is incorporated by reference as though fully stated herein.

13. Plaintiff files this Notice and Objection to Order 2 and wishes a new trial with a new judge.

14. Plaintiff Kennedy wishes the assigned Judge Leeson resign from office for putting personal bias and opinion and loyalty to his private membership association ahead of the Constitution and one of the people, Kennedy in this court of record.

---

[2] See the use of dictionaries by the Supreme Court of the United States, by Kevin Werbach, titled Looking It Up: The Supreme Court's Use of Dictionaries in Statutory and Constitutional Interpretation (1994).

Date: June 23, 2018, County of Lehigh, Pennsylvania.

*TL T. K* ---seal---
Edward T. Kennedy
401 Tillage Road
Breinigsville, Pennsylvania
Email; kennedy12@protonmail.ch
Fax: 570-609-1810.

CERTIFICATE OF SERVICE

I certify that on June 23, 2018 that I filed a copy of the above NOTICE AND OBJECTIONS TO ORDER 2 with the US District Court via US regular mail at 504 Hamilton St # 1601, Allentown, PA 18101 and by email to the following:

Catriona M. Coppler
Tax Attorney, Tax Division
US Department of Justice
Post Office Box 227
Washington DC 20044
Catriona.M.Coppler@usdoj.gov

FILED
JUN 25 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

Dated this 23th day of June, 2018

*SJ T. K* ---seal---
Edward T. Kennedy
Plaintiff.