UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

EDWARD T. KENNEDY,                                    :
                                                      :
                        Plaintiff,                    :
            v.                                        :        No. 5:18-cv-00257
                                                      :
COMMISSIONER, *DEPARTMENT OF THE*                     :
*TREASURY INTERNAL REVENUE SERVICE*;                  :
JOHN DOE, *DEPARTMENT OF THE*                         :
*TREASURY INTERNAL REVENUE SERVICE* ,                 :
                                                      :
                        Defendants.                   :

---

# O R D E R

On June 18, 2018, this Court granted the United States of America's Motion to Dismiss

and dismissed Plaintiff's Complaint with prejudice. ECF Nos. 25, 26. On June 25, 2018, Plaintiff

filed two documents titled "Notice and Objections to Order." ECF Nos. 32, 33. The Court

construes these as motions to reconsider the Court's Order dismissing Plaintiff's Complaint.

"The purpose of a motion for reconsideration is to correct manifest errors of law or fact or to

present newly discovered evidence." *Harsco Corp. v. Zlotnicki*, 779 F.2d 906, 909 (3d Cir.

1985). Here, Plaintiff has presented no such grounds to reconsider the Court's Order.

**ACCORDINGLY**, this 2nd day of July, it is **ORDERED** that Plaintiff's "Notices and

Objections to Order," ECF Nos. 32, 33, are **DENIED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Judge