UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Allentown Division

EDWARD T. KENNEDY,

    Plaintiff,

    v.

COMMISSIONER, DEPARTMENT OF
THE TREASURY INTERNAL REVENUE
SERVICE, et. al.,

    Defendants.

No. 5: 18-cv-00257-JFL

FILED
JUL 13 2018
KATE BARKMAN, Clerk
By_____Dep. Clerk

### OBJECTION TO ORDER

Edward T. Kennedy, hereinafter "Kennedy and/or "Plaintiff", is one of the people of Pennsylvania, and in this court of record objects to the document titled "Order" dated July 2, 2018, signed by Joseph F. Leeson, the assigned Judge to this case on behalf of the Court, and wishes the assigned Judge to resign from office.

TAKE JUDICIAL COGNIZANCE

Kennedy reveres the American rule of law, the common law, which was taught to Politics majors at St. Francis de Sales, now called DeSales University. In a court of record, a judge has no discretion. Discretion is reserved to the independent tribunal. When the word "law" is used without qualification, it means common law.

Date: July 10, 2018, County of Lehigh, Pennsylvania.

*Edward T. Kennedy* --SEAL--

Edward T. Kennedy
401 Tillage Road
Breinigsville, Pennsylvania
Email: Kennedy2018@alumni.nd.edu

CERTIFICATE OF SERVICE

I certify that on July 10, 2018 that I filed a copy of the above

OBJECTION TO ORDER

with the Clerk of Court at the US District Court via postage prepaid, US regular mail at 504 Hamilton St # 1601, Allentown, PA 18101 and by email to the following:

>Catriona M. Coppler
>Tax Attorney, Tax Division
>US Department of Justice
>Post Office Box 227
>Washington DC 20044
>Catriona.M.Coppler@usdoj.gov

Dated this 10th day of July, 2018

*Edward T. Kennedy*   ---SEAL---

Edward T. Kennedy