UNITED STATES DISTRICT COURT
DISTRICT OF ~~NEW JERSEY~~ *Eastern District of Pennsylvania*

Full Caption in District Court:

*Edward T. Kennedy.*
(Plaintiff)

v.

*Commissioner, Department of Treasury.*
(Defendant)

Docket No.: *18-cv-00257*

Judge: *Leeson*

**Notice of Appeal to the**
**U.S. Court of Appeals for the**
**Third Circuit**

Notice is hereby given that *Edward T. Kennedy*
(Named Party)

appeals to the United States Court of Appeals for the Third Circuit from

[ ] Judgment, [X] Order, [ ] Other _____
(Specify)

of the United States District Court, ~~District of New Jersey~~, entered in this action on
*Eastern District of Pennsylvania.*

~~8/19/2018~~ (Date) *July 16, 2018*

Dated *8/15/2018*

Appellant *Edward T. Kennedy*

*401 Tillage Rd.*
Street

*Breinigsville PA 1803*
City, State, Zip

*415 275 1244*
Telephone

*Exhibit 1, Order July 16, 2018*

# Exhibit 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

EDWARD T. KENNEDY,                              :
                                                :
                    Plaintiff,                  :
          v.                                    :        No. 5:18-cv-00257
                                                :
COMMISSIONER, *DEPARTMENT OF THE*               :
*TREASURY INTERNAL REVENUE SERVICE*;            :
JOHN DOE, *DEPARTMENT OF THE*                   :
*TREASURY INTERNAL REVENUE SERVICE* ,           :
                                                :
                    Defendants.                 :

FILED JUL 1 6 2018

## **O R D E R**

          **AND NOW**, this 16th day of July, 2018, upon consideration of Plaintiff's document titled
"Take Judicial Cognizance," filed July 9, 2018, stating that he "wishes a new judge to
administrate his complaint," ECF No. 35, and Plaintiff's document titled "Objection to Order,"
filed July 13, 2018, stating that he objects to the Court's previous orders and "wishes the
assigned Judge to resign from office," it is **ORDERED** that:

1.   Plaintiff's requests and objections are **DENIED**;[1]

2.   Plaintiff is reminded that this case is **CLOSED**.

                                        BY THE COURT:


                                        JOSEPH F. LEESON, JR.
                                        United States District Judge

---

[1]          On June 18, 2018, this Court granted the United States of America's Motion to Dismiss,
dismissed Plaintiff's Complaint with prejudice, and closed this case. ECF Nos. 25, 26. On June
25, 2018, Plaintiff filed two documents titled "Notice and Objections to Order." ECF Nos. 32,
33. In an Order issued July 2, the Court construed these filings as motions to reconsider the
Court's Order dismissing Plaintiff's Complaint, and it denied any relief. Likewise here,
Plaintiff's filings have failed to present any grounds for the Court to reconsider its previous
orders.