IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Allentown Division

KENNEDY,

    Plaintiff.

v.                                                              Case No. 5: 18-cv-00257

COMMISSIONER DEPARTMENT OF
THE TREASURY INTERNAL REVENUE
SERVICE, et. al.,

    Defendants.



## NOTICE
MOTION to Amend / Reopen the Case- NEW Information and Provide ECF Access to File

Plaintiff is Edward Thomas Kennedy (Kennedy), one of the people of Pennsylvania, in this court of record, Notices Plaintiff's Motion to Amend / Reopen the Case- NEW Information and Provide ECF Access to File

Date: January 1, 2019.

        Respectfully submitted,

        /s/ Edward Thomas Kennedy   (seal)

---

Edward Thomas Kennedy, Plaintiff.
[MBA, 1977, Notre Dame]
401 Tillage Road
Breinigsville, Pennsylvania 18031
Email: pillar.of.peace.2012@gmail.com
Email: kennedy2018@alumni.nd.edu
Telephone: 415-275-1244.
Fax: 570-609-1810.