IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Allentown Division

KENNEDY,

    Plaintiff.

v.                                                   Case No. 5: 18-cv-00257

COMMISSIONER DEPARTMENT OF
THE TREASURY INTERNAL REVENUE
SERVICE, et. al.,

    Defendants.



## NOTICE

MOTION to Amend / Reopen the Case- NEW Information and Provide ECF Access to File

Plaintiff is Edward Thomas Kennedy (Kennedy), one of the people of Pennsylvania, in this court of record, Notices Plaintiff's Motion to Amend / Reopen the Case- NEW Information and Provide ECF Access to File

Date: January 1, 2019.

                                        Respectfully submitted,

                                        /s/ Edward Thomas Kennedy   (seal)

                                        Edward Thomas Kennedy, Plaintiff.
                                        [MBA, 1977, Notre Dame]
                                        401 Tillage Road
                                        Breinigsville, Pennsylvania 18031
                                        Email: pillar.of.peace.2012@gmail.com
                                        Email: kennedy2018@alumni.nd.edu
                                        Telephone: 415-275-1244.
                                        Fax: 570-609-1810.