UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| EDWARD T. KENNEDY, <br>                 Plaintiff, <br>   <br>            v. <br>   <br> COMMISSIONER, *Department of The Treasury Internal Revenue Service* <br>   <br>                 Defendant. | No. 5:18-cv-00257 |

**O R D E R**

**AND NOW**, this 8th day of January, 2019, upon consideration of Plaintiff's Motion titled "MOTION to Amend / Reopen the Case- NEW Information and Provide ECF Access to File," ECF No. 41, in which Plaintiff notices his Motion to amend and reopen the case, **IT IS ORDERED THAT**:

1. Plaintiff's Motion, ECF No. 41, is **DENIED**;[1] and

2. Plaintiff is reminded that this case is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] On June 18, 2018, this Court granted the United States of America's Motion to Dismiss, dismissed Plaintiff's Complaint with prejudice, and closed this case. ECF Nos. 25, 26. On June 25, 2018, Plaintiff filed two documents titled "Notice and Objections to Order." ECF Nos. 32, 33. The Court construed these filings as motions to reconsider the Court's Order dismissing Plaintiff's Complaint, and it denied any relief. ECF No. 34. Then on July 9, 2018, and July 13, 2018, Plaintiff filed two documents titled "Take Judicial Cognizance" and "Objection to Order." Again, the Court construed these filings as motions to reconsider and denied relief because the documents failed to present any grounds for the Court to reconsider its previous orders. ECF No. 37.

Once more, the Court construes Plaintiff's Motion, ECF No. 41, as a motion to reconsider. Because the Plaintiff presents no grounds for the Court to reconsider its previous orders and moves for reconsideration almost six months after the most recent order, the Court denies this Motion.