IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Allentown Division

KENNEDY,
        Plaintiff.

v.                                                                              Case No. 5: 18-cv-00257

COMMISSIONER DEPARTMENT OF
THE TREASURY INTERNAL REVENUE
SERVICE, et. al.,
        Defendants.

**FILED**
JAN 28 2019
KATE BARKMAN, Clerk
By _____ Dep. Clerk

OBJECTION

1.     Plaintiff is Edward T. Kennedy (Kennedy), one of the people of Pennsylvania, in this court of record, hereby Objects to Order dated January 8, 2019, signed by Joseph F. Leeson, the US Court employee assigned to administrate Kennedy's complaint.

TAKE JUDICIAL COGNIZANCE

2.     Effective January 1, 2019, the nation is MILITARY LAW.[1]

3.     Judiciary is independent of Executive and Legislative branches, but its employees are not independent and are now under military law. Kennedy wishes all government employees including modern Attorney Coppler to obey the oaths of office and the law, and not be corrupt.

---

[1] Executive Order 13825 concerning 2018 Amendments to the Manual for Courts-Martial, United States (March 1, 2018) effective January 1, 2019.# Law of Armed Conflict, Senator Lindsey Graham Questions Brett Kavanaugh Military Law vs Criminal Law, link here:
https://www.youtube.com/watch?v=3_gmOsnjrZw&index=25&list=WL&t=0s.
The case cited by Graham and Kavanaugh is YASER ESAM HAMDI v. DONALD H. RUMSFELD, SECRETARY OF DEFENSE, et al., link here: http://law2.umkc.edu/faculty/projects/ftrials/conlaw/hamdi.html.
Commentary: it would be corrupt, perhaps treason for a federal employee to pressure they are the court.

Executive Order Declares National Emergency

In December of 2017, President Trump issues an Executive Order titled Blocking the Property of Persons Involved in Serious Human Rights Abuse or Corruption.

The President in this order declares a national emergency, and declares the following: "Therefore I determine that serious human rights abuse and corruption around the world constitute an unusual and extraordinary threat to the national security, foreign policy, and economy of the United States, and I hereby declare a national emergency to deal with that threat."

TAKE JUDICIAL COGNIZANCE

a.  Executive Order 13825 concerning 2018 Amendments to the Manual for Courts-Martial, United States (March 1, 2018) effective January 1, 2019,.[2]

b.  Executive Order 13773–on Enforcing Federal Law with Respect to Transnational Criminal Organizations and Preventing International Trafficking (February 9, 2017).

c.  Executive Order 13818—Blocking the Property of Persons Involved in Serious Human Rights Abuse or Corruption (December 20, 2017).

d.  Plaintiff Kennedy accepts the oath of office of the Judge and binds him to it and notices this court of record concerning the national emergency, the rule of law and military law, effective January 1, 2019, under the authority of Executive Order 13825, signed by President Donald J. Trump stated herein.

4.  Internal Revenue Service is a private company and is not one of the people or sovereign.

5.  Simply stated, Coppler exceeded the government's authority and jurisdiction by

---
[2]

representing a privately owned, private company, injured Kennedy, one of the people in loss of rights. Counsel Modern Attorney Coppler is a government employee at the United States Department of the Treasury.

6. Kennedy has no evidence and has seen no evidence to prove Defendant Internal Revenue Service is a government agency.

Date: January 22, 2019.

Respectfully submitted,

/s/ Edward T. Kennedy, (Seal)

Edward T. Kennedy, Plaintiff.
401 Tillage Road
Breinigsville, Pennsylvania 18031
Email: pillar.of.peace.2012@gmail.com
Email: kennedy2018@alumni.nd.edu
Telephone: 415-275-1244.
Fax: 570-609-1810.

CERTIFICATE OF SERVICE

I, Edward T. Kennedy, hereby certify that on January 22, 2019, I filed the foregoing Objection by US regular Mail to the Clerk of this Court and served by email to the following modern Attorney:

> By Email: catriona.coppler@usdoj.gov
> Catriona M. Coppler
> Tax Attorney, Tax Division
> US Department of Justice
> Post Office Box 227
> Washington, DC 20044
>
> and By US regular Mail to
> Mark A. Milley, General
> Chairman of the Joint Chiefs of Staff
> 9999 Joint Staff Pentagon
> Washington, DC 20318-9999

/s/ Edward T. Kennedy

EDWARD T. KENNEDY

Date: January 22, 2019