IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Allentown Division

KENNEDY,

        Plaintiff.

v.

        Case No. 5: 18-cv-00257

COMMISSIONER DEPARTMENT OF
THE TREASURY INTERNAL REVENUE
SERVICE, et. al.,

        Defendants.

MOTION for a New Trial and Provide ECF Access to File

1.      Plaintiff is Edward T. Kennedy (Kennedy), one of the people of

Pennsylvania, in this court of record,  Motions the Court to for a new trial against all Defendants

COMMISSIONER DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE,

et. al., hereinafter "Defendants" for it is my wish, and provide Kennedy with ECF access to file

his an amended complaint in a new trial, for this case has procedural errors.

Date: January 22, 2019.

Respectfully submitted,

/s/ Edward T. Kennedy  (seal)

Edward T. Kennedy, Plaintiff.
401 Tillage Road
Breinigsville, Pennsylvania 18031
Telephone: 415-275-1244.

JS 44 (Rev 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Edward Thomas Kennedy

**DEFENDANTS**

United States Department of the Treasury

**(b)** County of Residence of First Listed Plaintiff  Lehigh

*(EXCEPT IN U S PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Washington D C

*(IN U S PLAINTIFF CASES ONLY)*

NOTE    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ◻ 1  U S Government
  Plaintiff
- ◻ 3  Federal Question
  *(U S Government Not a Party)*
- ☒ 2  U S Government
  Defendant
- ◻ 4  Diversity
  *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ◻ 1 | ◻ 1 | Incorporated *or* Principal Place of Business In This State | ◻ 4 | ◻ 4 |
| Citizen of Another State | ◻ 2 | ◻ 2 | Incorporated *and* Principal Place of Business In Another State | ◻ 5 | ◻ 5 |
| Citizen or Subject of a Foreign Country | ◻ 3 | ◻ 3 | Foreign Nation | ◻ 6 | ◻ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for  Nature of Suit Code Descriptions

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ◻ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ◻ 625 Drug Related Seizure of Property 21 USC 881 | ◻ 422 Appeal 28 USC 158 | ◻ 375 False Claims Act |
| ◻ 120 Marine | ◻ 310 Airplane | ◻ 365 Personal Injury - | ◻ 690 Other | ◻ 423 Withdrawal 28 USC 157 | ◻ 376 Qui Tam (31 USC 3729(a)) |
| ◻ 130 Miller Act | ◻ 315 Airplane Product Liability | Product Liability | | | ◻ 400 State Reapportionment |
| ◻ 140 Negotiable Instrument | ◻ 320 Assault, Libel & | ◻ 367 Health Care/ Pharmaceutical | | **PROPERTY RIGHTS** | ◻ 410 Antitrust |
| ◻ 150 Recovery of Overpayment & Enforcement of Judgment | Slander | Personal Injury Product Liability | | ◻ 820 Copyrights | ◻ 430 Banks and Banking |
| ◻ 151 Medicare Act | ◻ 330 Federal Employers' Liability | ◻ 368 Asbestos Personal | | ◻ 830 Patent | ◻ 450 Commerce |
| ◻ 152 Recovery of Defaulted Student Loans | ◻ 340 Marine | Injury Product Liability | | ◻ 835 Patent - Abbreviated New Drug Application | ◻ 460 Deportation |
| (Excludes Veterans) | ◻ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ◻ 840 Trademark | ☒ 470 Racketeer Influenced and Corrupt Organizations |
| ◻ 153 Recovery of Overpayment of Veteran's Benefits | ◻ 350 Motor Vehicle | ◻ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ◻ 480 Consumer Credit |
| ◻ 160 Stockholders' Suits | ◻ 355 Motor Vehicle Product Liability | ◻ 371 Truth in Lending | ◻ 710 Fair Labor Standards Act | ◻ 861 HIA (1395ff) | ◻ 490 Cable/Sat TV |
| ◻ 190 Other Contract | ◻ 360 Other Personal Injury | ◻ 380 Other Personal Property Damage | ◻ 720 Labor/Management Relations | ◻ 862 Black Lung (923) | ◻ 850 Securities/Commodities/ Exchange |
| ◻ 195 Contract Product Liability | ◻ 362 Personal Injury - Medical Malpractice | ◻ 385 Property Damage Product Liability | ◻ 740 Railway Labor Act | ◻ 863 DIWC/DIWW (405(g)) | ◻ 890 Other Statutory Actions |
| ◻ 196 Franchise | | | ◻ 751 Family and Medical Leave Act | ◻ 864 SSID Title XVI | ◻ 891 Agricultural Acts |
| | | | | ◻ 865 RSI (405(g)) | ◻ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ◻ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ◻ 895 Freedom of Information Act |
| ◻ 210 Land Condemnation | ◻ 440 Other Civil Rights | **Habeas Corpus.** | ◻ 791 Employee Retirement Income Security Act | ◻ 870 Taxes (U S Plaintiff or Defendant) | ◻ 896 Arbitration |
| ◻ 220 Foreclosure | ◻ 441 Voting | ◻ 463 Alien Detainee | | ◻ 871 IRS—Third Party 26 USC 7609 | ◻ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ◻ 230 Rent Lease & Ejectment | ◻ 442 Employment | ◻ 510 Motions to Vacate Sentence | | | |
| ◻ 240 Torts to Land | ◻ 443 Housing/ Accommodations | ◻ 530 General | | | ◻ 950 Constitutionality of State Statutes |
| ◻ 245 Tort Product Liability | ◻ 445 Amer w/Disabilities - Employment | ◻ 535 Death Penalty | **IMMIGRATION** | | |
| ◻ 290 All Other Real Property | ◻ 446 Amer w/Disabilities - Other | **Other:** | ◻ 462 Naturalization Application | | |
| | ◻ 448 Education | ◻ 540 Mandamus & Other | ◻ 465 Other Immigration Actions | | |
| | | ◻ 550 Civil Rights | | | |
| | | ◻ 555 Prison Condition | | | |
| | | ◻ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original
  Proceeding
- ◻ 2 Removed from
  State Court
- ◻ 3 Remanded from
  Appellate Court
- ◻ 4 Reinstated or
  Reopened
- ◻ 5 Transferred from
  Another District
  *(specify)*
- ◻ 6 Multidistrict
  Litigation -
  Transfer
- ◻ 8 Multidistrict
  Litigation -
  Direct File

## VI. CAUSE OF ACTION

Cite the U S  Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*

18 USC 1961

Brief description of cause

RICO

## VII. REQUESTED IN COMPLAINT:

◻  CHECK IF THIS IS A CLASS ACTION
UNDER RULE 23, F R Cv P

**DEMAND $**

> $1 000 000

CHECK YES only if demanded in complaint

**JURY DEMAND:**  ☒ Yes   ◻ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*

JUDGE  NO

DOCKET NUMBER

DATE  1·22-2019

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG JUDGE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### CASE MANAGEMENT TRACK DESIGNATION FORM

KeNNedy          :        CIVIL ACTION

       v.        :

U.S. Department of Re        NO.
Thre HHS actuity

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

### SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.        ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.        ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.        ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.        ( )

(e) Special Management ·· Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)        ✗

(f) Standard Management – Cases that do not fall into any one of the other tracks.        ( )

JAN 22, 2019      E R Ken   (Self)      Self -represented.
(1-22-2019)
**Date**        **Attorney-at-law**        ~~Attorney for~~

4/15-275·1244      570- 609 1810

**Telephone**        **FAX Number**        **E-Mail Address**

KeNNedy 2018 @
Aluuni, ND. edu.

(Civ. 660) 10/02

1·22·19
ERK.

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**DESIGNATION FORM**
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: _____ 401 Tillage Rd., Breinigsville, PA 18031 _____

Address of Defendant: _____ ~~21 North Ninth St., Allentown, PA 18101-1170~~ _____

Place of Accident, Incident or Transaction: _____ 401 Tillage Rd., Breinigsville, PA 18031 _____

_X_ 1500 *Pennsylvania* Ave, D.C. 20220

**RELATED CASE, IF ANY:** _No_

Case Number: _____  Judge: _____  Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?    Yes ☐    No ☑

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?    Yes ☐    No ☑

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?    Yes ☐    No ☑

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?    Yes ☐    No ☑

I certify that, to my knowledge, the within case ☐ is / ☑ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: ~~01/00/2019~~  1/22/19    _Attorney-at-Law / Pro Se Plaintiff_    (*Sep1*)    _Attorney I.D. # (if applicable)_

---

**CIVIL: (Place a √ in one category only)**

**A.** *Federal Question Cases:*

☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
☐ 2. FELA
☐ 3. Jones Act-Personal Injury
☐ 4. Antitrust
☐ 5. Patent
☐ 6. Labor-Management Relations
☐ 7. Civil Rights
☐ 8. Habeas Corpus
☐ 9. Securities Act(s) Cases
☐ 10. Social Security Review Cases
☑ 11. All other Federal Question Cases
    (Please specify): _____ (RICO) _____

**B.** *Diversity Jurisdiction Cases:*

☐ 1. Insurance Contract and Other Contracts
☐ 2. Airplane Personal Injury
☐ 3. Assault, Defamation
☐ 4. Marine Personal Injury
☐ 5. Motor Vehicle Personal Injury
☐ 6. Other Personal Injury *(Please specify)*. _____
☐ 7. Products Liability
☐ 8. Products Liability – Asbestos
☐ 9. All other Diversity Cases
    *(Please specify)*. _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _Edward Thomas Kennedy_ , counsel of record or pro se plaintiff, do hereby certify:

☑ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐ Relief other than monetary damages is sought.

DATE: ~~01/00/2019~~  1·22·19    _Attorney-at-Law / Pro Se Plaintiff_    _Attorney I.D. # (if applicable)_

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

*Civ. 609 (5/2018)*

*Principle*

PAE AO 239 (10/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Pennsylvania

| | |
|---|---|
| Edward Thomas Kennedy | ) |
| ~~US Dept~~ *Plaintiff/Petitioner* Of the Tax | ) |
| ~~Ray~~ | ) Civil Action No. |
| ~~County of Lehigh et al~~ Treasury | ) |
| *Defendant/Respondent* | ) |

### APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Long Form)

| **Affidavit in Support of the Application** | **Instructions** |
|---|---|
| I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims. | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |
| Signed: _____ (Seal) | Date: ~~1-8-2019~~ 1-22-19 |

I.    For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the <u>monthly</u> rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $0 | $ | $0 | $ |
| Self-employment | $0 | $ | $0 | $ |
| Income from real property *(such as rental income)* | $0 | $ | $0 | $ |
| Interest and dividends | $0 | $ | $0 | $ |
| Gifts | $0 | $ | $0 | $ |
| Alimony | $0 | $ | $0 | $ |
| Child support | $0 | $ | $0 | $ |

PAE AO 239  (10/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $1600 | $ | $1600 | $ |
| Disability *(such as social security, insurance payments)* | $ | $ | $ | $ |
| Unemployment payments | $ | $ | $ | $ |
| Public-assistance *(such as welfare)* | $ | $ | $ | $ |
| Other *(specify)*: | $0 | $ | $ | $0 |
| Total monthly income: | $1600 | $ | $ | $1600 |

2.    List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |

3.    List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

4.    How much cash do you and your spouse have? $ _____

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| PSECU | checking | $300 | $ |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

PAE AO 239 (10/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5.    List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home *(Value)* | $0 |
| Other real estate *(Value)* | $0 |
| Motor vehicle #1 *(Value)* | $3900 |
| Make and year: Honda 2011 per edmunds.com | |
| Model: CR-V,https://www.edmhonda/cr-v/2011/st-101358305 | |
| Motor vehicle #2 *(Value)* | $ |
| Make and year: | |
| Model: | |
| Other assets *(Value)* | $ |
| Other assets *(Value)* | $ |

6.    State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| none | $ | $ |
| | $ | $ |
| | $ | $ |

7.    State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| none | | |
| | | |
| | | |

PAE AO 239  (10/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8.    Estimate the average monthly expenses of you and your family.  Show separately the amounts paid by your
      spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the
      monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)* <br> Are real estate taxes included?  ☑ Yes  ☐ No <br> Is property insurance included?  ☐ Yes  ☑ No | $620 | $ |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ | $ |
| Home maintenance *(repairs and upkeep)* | $ | $ |
| Food | $200 | $ |
| Clothing | $100 | $ |
| Laundry and dry-cleaning | $0 | $ |
| Medical and dental expenses | $0 | $ |
| Transportation *(not including motor vehicle payments)* | $200 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
| Homeowner's or renter's: | $ | $ |
| Life: | $ | $ |
| Health: | $ | $ |
| Motor vehicle: | $250 | $ |
| Other: Court support costs, fax, paper etc. | $ | $ |
| Taxes *(not deducted from wages or included in mortgage payments) (specify):* | $ | $ |
| Installment payments | | |
| Motor vehicle: | $ | $ |
| Credit card *(name)*: | $ | $ |
| Department store *(name)*: | $ | $ |
| Other: IRS lien | $250 | $ |
| Alimony, maintenance, and support paid to others | $ | $ |

PAE AO 239 (10/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ | $ |
| Other *(specify)*: | $0 | $ |
| **Total monthly expenses:** | $16 00 | $ |

9.  Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

    ☐ Yes   ☑ No      If yes, describe on an attached sheet.

10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form? ☐ Yes ☑ No

    If yes, how much?   $ _____

    If yes, state the attorney's name, address, and telephone number:

11. Have you paid — or will you be paying — anyone other than an attorney *(such as a paralegal or a typist)* any money for services in connection with this case, including the completion of this form?      ☐ Yes ☑ No

    If yes, how much?   $ _____

    If yes, state the person's name, address, and telephone number:

12. Provide any other information that will help explain why you cannot pay the costs of these proceedings.
    1. I was sick 2. I chose to live a monastic life. 3. I performed charity for free. 4. My family withdrew support based on false information.

13. Identify the city and state of your legal residence.

    domicile 401 Breinigsville, PA 18031

    Your daytime phone number: _____

    Your age: 65 __   Your years of schooling: 20 plus

    Last four digits of your social-security number: 5450

1.22.19.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,

Plaintiff,

v.

Case No.

JURY TRIAL DEMANDED

VERIFIED

UNITED STATES DEPARTMENT
OF THE TREASURY, STEVEN T. MNUCHIN,
in his official and individual capacity,
INTERNAL REVENUE SERVICE,
CHARLES P. RETTIG, in his official and
individual capacity, UNITED STATES TAX
COURT, MAURICE B. FOLEY, in his official and
individual capacity, UNITED STATES DEPARTMENT
OF JUSTICE, FEDERAL RESERVE BOARD OF
GOVERNORS, THE FEDERAL RESERVE SYSTEM,
MEGAN BRENNAN, in her official and individual
capacity THOMAS MARSHALL in his official and
individual capacity and UNITED STATES POSTAL
SERVICE,

Defendants,

## COMPLAINT

TAKE JUDICIAL COGNIZANCE

     A.     Executive Order 13825 concerning 2018 Amendments to the Manual for
Courts-Martial, United States (March 1, 2018) effective January 1, 2019,.[1]

     B.     Executive Order 13818—Blocking the Property of Persons Involved in Serious
Human Rights Abuse or Corruption (December 20, 2017).

     C.     Executive Order 13829, Executive Order on the Task Force on the United States
Postal System.[2]

     D.     26 U.S. Code § 7806(b) - Construction of title which states

(b)Arrangement and classification

---

[1] https://www.federalregister.gov/documents/2018/03/08/2018-04860/2018-amendments-to-the-manual-for-courts-m
artial-united-states

[2] https://www.whitehouse.gov/presidential-actions/executive-order-task-force-united-states-postal-system/

No inference, implication, or presumption of legislative construction shall be drawn or made by reason of the location or grouping of any particular section or provision or portion of this title, nor shall any table of contents, table of cross-references, or similar outline, analysis, or descriptive matter relating to the contents of this title be given any legal effect. The preceding sentence also applies to the sidenotes and ancillary tables contained in the various prints of this Act before its enactment into law.

Translation: IRS Code is not law![3]

E.      28 U.S. Code § 1346 (a)- the United States as the defendant, which states (a) The district courts shall have original jurisdiction, concurrent with the United States Court of Federal Claims, of:

(1) Any civil action against the United States for the recovery of any internal-revenue tax alleged to have been erroneously or illegally assessed or collected, or any penalty claimed to have been collected without authority or any sum alleged to have been excessive or in any manner wrongfully collected under the internal-revenue laws;[4]

F.      26 U.S. Code § 7441 - Status

There is hereby established, under article I of the Constitution of the United States, a court of record to be known as the United States Tax Court. The members of the Tax Court shall be the chief judge and the judges of the Tax Court. The Tax Court is not an agency of and shall be independent of, the executive branch of the Government.[5]

## INTRODUCTION

## JURISDICTION AND VENUE

1.      This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §

1346 (a)(1) [6] and 28 U.S.C. §1331.  Jurisdiction is also proper pursuant to 18 U.S.C. § 1965,

which allows for nationwide jurisdiction pursuant to the Racketeer Influenced and Corrupt

Organizations Act ("RICO"), 18 U.S.C. §§ 1961-1968.[7] The Venue is the Judicial District of this

---

[3] https://www.law.cornell.edu/uscode/text/26/7806

[4] https://www.law.cornell.edu/uscode/text/28/1346

[5] https://www.law.cornell.edu/uscode/text/26/7441

[6] 28 U.S. Code § 1346 - United States as defendant

(a)The district courts shall have original jurisdiction, concurrent with the United States Court of Federal Claims, of. (1)Any civil action against the United States for the recovery of any internal-revenue tax alleged to have been erroneously or illegally assessed or collected, or any penalty claimed to have been collected without authority or any sum alleged to have been excessive or in any manner wrongfully collected under the internal-revenue laws,

[7] 18 U.S. Code § 1961 - Elements of Racketeering et seq.

Racketeering encompass a wide range of criminal activities that are directed towards generating a profit. The actual income-generating activities may constitute a criminal offense

Court because the events leading to the claim for relief arose in Lehigh County Pennsylvania.

FIRST CAUSE OF ACTION – TRESPASS ON THE CASE

PARTIES

2.     Edward Thomas Kennedy, (hereinafter "Kennedy" or "Plaintiff") is one of the people of Pennsylvania, and in this court of record complains of each of the following: United States Department of the Treasury,[8] Steven T. Mnuchin,  in his official and individual capacity, Internal Revenue Service,[9] Charles P. Rettig, in his official and individual capacity, United States Tax Court, Maurice B. Foley, in his official and individual capacity, United States Department of Justice ("DOJ"), The Federal Reserve System, Federal Reserve Board of Governors, Megan Brennan, in her official and individual capacity, Thomas Marshall in his official and individual capacity and the United States Postal Service, hereinafter "Defendant," and "Defendants;" who are each summoned to answer and declare under penalty of perjury, in a plea of  trespass on the case,  Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. §§ 1961-1968[10] claims, trespass on the case - vicarious liability, failure to provide a republican form of government, and intentional infliction of emotional distress, to wit:

---

[8] Bureau of the Fiscal Service, PO Box 1688, Birmingham, AL 35201-1686, of Defendnats Department of the Treasury, 1500 Pennsylvania Ave., N.W. Washington, D C  20220

[9] Internal Revenue Service, Federal Levy Payment Program, Stop 5050, Annex 5, PO Box 219236, Kansas CIty , MO 64121-9236 (800) 829-7650

[10] 18 U S  Code § 1961 - Elements of Racketeering et seq

Racketeering encompass a wide range of criminal activities that are directed towards generating a profit. The actual income-generating activities may constitute a criminal offense  Borough of Minersville, an organized criminal enterprise, and a transnational criminal organization, pursued financial fraud evidenced herein from the official public record, Said activity may also expose County of Schuylkill and Borough of Minersville to prosecution under the federal mail and wire fraud statutes, and now in this state of emergency, military law  Efforts by defendants to conceal the criminal nature of these activities may also constitute criminal offenses.

3

3.      Each Defendant exceeded their jurisdiction by either directly, through an agent, or in concert with another did cause Kennedy to be unlawfully injured against his will, without jurisdiction or good cause. Said Defendants, and their agents, without good cause, harmed Kennedy in the following lawsuit cases: Case No. 5:18-cv-00257 in E.D. Pa., Docket Nos. 21004-18 and 11586-18 in US Tax Court,[11] and 18-2892 in 3d Cir, and continue to injure Kennedy by stealing funds from Kennedy of $238.95 monthly since January 2018 without jurisdiction. Defendant United States Department of the Treasury[12] is a department of the US government and Steven T. Mnuchin is its Secretary and is sued in his official and individual capacity. Defendant Internal Revenue Service (IRS) is a collection agency with no license to operate in Pennsylvania and advertises that it is an agency of the US government and Charles P. Rettig is IRS Commissioner. Rettig is sued in his official and individual capacity. Defendant United States Tax Court is a court of record with offices in this judicial district in Philadelphia, PA, and Maurice B. Foley is its Chief Judge. Foley is sued in his official and individual capacity. Defendant United States Department of Justice is a federal executive department of the U.S. government, responsible for the administration of justice in the United States and its employees injured Kennedy, and those employees include but are not limited to the following modern Attorneys:   Bruce K Meneely, Nancy B. Romano, Bartholomew Cirenza, Stephen C. Welker, Teresa E. McLaughlin, Kathleen E. Lyon, and Catriona M. Coppler, The principal

---

[11] US Tax Court is a court of record, but Defendant Foley ignored this fact twice, and proceeded to injure Kennedy in loss of rights  Here is what the Internal Revenue Code designates  26 USC 7441  Status  "There is hereby established, under article I of the Constitution of the United States, a court of record to be known as the United States Tax Court  The members of the Tax Court shall be the chief judge and the judges of the Tax Court "
[12] Department of the Treasury, 1500 Pennsylvania Ave , N W  Washington, D C  20220
General Information  (202) 622-2000 Fax  (202) 622-6415

executive offices of Defendant Federal Reserve Board of Governors and Defendant The Federal Reserve System are located at Constitution Ave NW & 20th Street NW Washington, DC 20551. and these Defendants probably overthrew the United States government in 1913.[13] Notice is sent to General Milley by regular US mail.

Notice

HONOR & DISHONOR: Defendants Mnuchin, Rettig and Foley acted with dishonor toward Kennedy and obstructed justice and is the highest sin in any system of law, (and now probably treason) by ignoring Kennedy's demand for verified evidence of lawful tax assessment.[14] IRS claims Kennedy owes a debt between $500,000 and $1,000,000 for tax returns from 2001 to 2016 which Kennedy herein denies for such claims are false.

4.      The Postmaster General of the United States Postal Service is its Chief Executive Officer ('CEO") of the Defendant United States Postal Service;[15] Megan Brennan is the current CEO and Postmaster General and Brennan is not General Postmaster, prima facie evidence of the Defendant's probable intent to commit financial fraud under RICO, and failure to provide a Republican form of government. Defendant Thomas Marshall is USPS General Counsel and approves the financial fraud crimes by

---

[13] Defendant Federal Reserve System is (probably) owned by the Lewis Cass Payseur Trust Company, Inc through nominee directors and nominee shareholders through interlocking directorships and/or Springs Company, and/or the British crown through traitors to the nation Based on hearsay evidence, the said trust and/or Springs Company is presumed to be administered by Crandall Close Bowles, c/o Federal Reserve Building, 530 E Trade St, Charlotte, NC 28202 Kennedy believes the Payseur family et al , hide assets in railroads, Banks, the twelve Federal Reserve Banks. Source, manta com states The Federal Reserve Board is a privately held company in Washington, DC and is a Headquarters business Categorized under Finance, Taxation, and Monetary Policy, Federal Government Our records show it was established in 1913 and incorporated in District of Columbia Current estimates show this company has an annual revenue of 4,912,851,765 and employs a staff of approximately 21000
[14] https://www.irs.gov/irm/part13/irm_13-001-002
[15] 15.      USPS headquarters and its executive offices are at 475 L'Enfant Plaza SW, Washington, District Of Columbia 20260-0546

defendants herein by his signature on official documents. Marshall is a Pennsylvania Attorney.[16]

5.　　　The Defendant USPS sent Kennedy Invoices, bills from Defendant IRS and US Treasury and is in the business of controlling, leasing, and licensing the other Defendants for services, including the following:

a.　　　USPS is a corporation with only a Board of Governors, and a Temporary Emergency Committee, but no Board of Directors.[17]

b.　　　A corporation with no Board of Directors operates in financial fraud and is prima facie evidence of RICO violations concerning financial fraud. [18]

6.　　　Defendant US Tax Court is a court of record.

---

[16] PA Attorney ID  50275, link here·

https://www.padisciplinaryboard.org/for-the-public/find-attorney/attorney-detail/50275

[17] Link here. https //about.usps.com/who/leadership/welcome.htm

[18] EXHIBIT 32.1 CERTIFICATION PURSUANT TO 18 U S C. SECTION 1350, AS ADOPTED PURSUANT TO SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002 In connection with the Annual Report of the United States Postal Service ("Postal Service") on Form 10-K for the period ended September 30, 2017, (the "Report"), I, Megan J Brennan, certify, pursuant to 18 U S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 that  1. The Report fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934; and 2. The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Postal Service. Dated  November 14, 2017 /s/Megan J  Brennan Megan J  Brennan Postmaster General and Chief Executive Officer

AUDIT AND FINANCE COMMITTEE Given that we currently have no Governors, the Audit and Finance Committee ("Audit Committee") is not currently functioning as designed, and the TEC is responsible for making decisions with respect to audit and finance matters that are within its authority  Absent the appointment of new Governors by the President with the advice and consent of the Senate, the TEC will continue to review Audit Committee matters during its regular meetings. pg 76

RECENT ACCOUNTING STANDARDS New accounting guidance that we have recently adopted, as well as accounting guidance that has been recently issued but not yet adopted by us, are included in Item 8. Financial Statements and Supplementary Data, Notes to Financial Statements, Note 1 - Organization and Summary of Significant Accounting Policies, Summary of Significant Accounting Policies, Recently Adopted Accounting Pronouncements and Recently Issued Accounting Pronouncements.

The three accounting policies that are considered either the most judgmental, or involve the selection or application of alternative accounting policies, and are material to the financial statements, are those related to the recording of workers' compensation costs, deferred revenue-prepaid postage and contingent liabilities  For further information, see Item 8  Financial Statements and Supplementary Data, Notes to Financial Statements, Note 1 - Organization and Summary of Significant Accounting Policies, Note 12 - Workers' Compensation and Note 9 - Commitments and Contingencies  pg 43 ---2017

https.//about.usps.com/who-we-are/financials/10k-reports/fy2015.pdf

https //about.usps.com/who-we-are/financials/10k-reports/fy2017.pdf

7.     Defendant Foley is Chief Judge at US Tax Court.[19]

8.     Plaintiff Kennedy files this complaint on his common-law Tort and RICO

claims and alleges Judgment, in this case, must be granted because the self-authenticating

financial evidence establishes elements of plaintiff's claims listed herein:

a.     as a matter of law, [20]

b.     Executive Orders and the Case against Kennedy listed hereinabove,

c.     the fact that Defendants USPS, United States Department of Treasury and Federal
Reserve Board use alternative metrics to avoid generally accepted accounting principles (GAAP),
with intentions to commit financial fraud, by defendants, for personal economic and private gain,
evidenced by their participation in federal government, pension benefits.[21]

d.     it is a financial fraud crime to lie, misreport or misconstrue information by the
government in published financial reports under RICO law,

e.     Human Rights Abuse and Corruption by defendants against Plaintiff Kennedy.

9.     From the moment he was harmed until the present, Kennedy, under color

of law, was kept in constructive imprisonment by the defendants.[22] Kennedy has no

---

[19] Here is what the Internal Revenue Code designates: 26 USC 7441  Status  "There is hereby established, under
article I of the Constitution of the United States, a court of record to be known as the United States Tax Court  The
members of the Tax Court shall be the chief judge and the judges of the Tax Court "
[20] It is well-settled that "the provisions of RICO shall be liberally construed to effectuate its remedial purposes " U S
v. Eisenberg, 773 F. Supp  662 (D.N.J  1991)
[21] Under Rule 902, said evidence is self-authenticating.
[22] In 1913, The United States was conquered by secrecy and stealth by an international criminal enterprise that
includes British Banks and the Federal Reserve System by controlling the nation's banks and money. This violates
US law, Human Rights and the US Constitution at Article I, Section 8

7

contract with IRS and IRS code is not law.[23] IRS Document 0922102875049-7 is fake for

---

[23] Internal Revenue Code (Title 26, United States Code is not Law

26 USC 7806

26 USC 4161(a) says that a manufacturer must pay a 10% tax on artificial lures.

26 USC 7806(b) says that Title 26 is not the law. In other words, "No inference, implication or presumption of legislative construction shall be drawn or made by reason of the location or grouping of any particular section or provision or portion of this title..." N.B. "legislative construction" means "law."

26 USC 4161(a) says lures must be taxed. Nordby supply Co. applied 26 USC 7806(b) to invalidate the lure tax.

The Internal Revenue Code is not the law. It only defines a contract between the IRS and the individual.

TITLE 26, UNITED STATES CODE SERVICE.

Section 7806. Construction of Title.

(a) Cross references. The cross references in this title to other portions of the title, or other provisions of law, where the word "see" is used, are made only for convenience, and shall be given no legal effect.

(b) Arrangement and classification. No inference, implication, or presumption of legislative construction shall be drawn or made by reason of the location or grouping of any particular section or provision or portion of this title, nor shall any table of contents, table of cross-reference similar outline, analysis, or descriptive matter relating to the contents of this title be given any legal effect. The preceding sentence also applies to the sidenotes and ancillary tables contained in the various prints of this Act before its enactment into law.

CITATION

1. Location or grouping of section

Fact that 26 USCS Sec. 4161(a) is located in part of Code dealing with recreational equipment and sporting goods is of little significance in determining applicability of tax to lures used in commercial fishing since Sec. 7806 provides that nothing is to be inferred from grouping or indexing of any particular section. Nordby Supply Co. v United States (1978, CA9 Wash) 572 F2d 1377, cert den 439 US 861, 58 L Ed 2d 170, 99 S Ct 182.

---

TITLE 26, UNITED STATES CODE SERVICE.

Section 4161. Imposition of tax.

(a) Rods, creels, etc. There is hereby imposed upon the sale of fishing rods, creels, reels, and artificial lures, baits, and flies (including parts or accessories of such articles sold on or in connection therewith, or with the sale thereof) by the manufacturer, producer, or importer a tax equivalent to 10 percent of the price for which so sold.

it is not Kennedy's signature on Form 1040 for the year 2016.

10.     Each defendant acted in such a way or failed to act in such a way, that Kennedy is injured and damaged. Each defendant acted to deprive Kennedy of his liberty, and/or each defendant failed to act to prevent the loss by Kennedy of his liberty. Further, each defendant is a willing participant in concert with each of the remaining defendants.

11.     At all times mentioned in this action each defendant is the agent of the other, and in doing the acts alleged in this action, each is acting within the course and scope of the said agency. The following paragraphs describe what the defendants, under color of law, either acted or failed to act as obligated.

12.     Each defendant exceeded his jurisdiction under color of law. Each defendant acted in concert with the remaining defendants to affect the unlawful loss of liberty of Kennedy, his good reputation, and his ability to earn a living.

13.     Defendants have breached that duty, and their fiduciary duty to one of the people, Kennedy. The damages for the injury caused by defendants' actions are $5,000 for

---

Other Cases related to 26 USC 7806 include the following

Hall et al  vs  USA, 975 F 2d 722

Laing vs. US, 423 U.S  161

U.S. vs. Reorganized CF, 518 U S  213

Juvenile Shoe Corporation vs. U S.A., 99 F 3d 898

Motor Fuel Carriers, Inc. vs  U.S , 420 F 2d 702

Alcoa, Inc  vs  U S A , 509 F 3d 173

U S  vs  Bisceglia, 420 U S. 141

Natchez vs. U.S.A , 705 F 2d 671

Bank One Corporation vs. Commissioner of Internal Revenue, Docket 5759-95

Patton vs  U S A , 305 F.2d 655

Security State Bank vs  Commissioner of Internal Revenue, 214 F.3rd 1254

U.S A  vs. Garland, 43 F 3d 1474

Nordby Supply company vs  U S , 572 F2d 1377

each day of unlawful behaviors for each defendant, or $100,000.00 from each defendant, whichever is greater.

14.     The damages for the injury caused by the defendant's' absence of required action is $5,000 for each failure to act or $500,000.00 from each defendant, whichever is greater.

SECOND CAUSE OF ACTION - RICO

15.     Paragraphs 1 through 14 is included by reference as though fully stated herein.

16.     Kennedy sues Defendants in a multi-count cause of action under common law Torts and also under The Racketeer Influenced and Corrupt Organizations Act commonly referred to as RICO Act or simply RICO, a US federal law that provides for extended criminal penalties and a civil cause of action for injuries for acts performed as part of an ongoing criminal organization[24] including RICO violations that includes the following:

17.     The Defendants have systematically and continuously, over the last ten (10) years and more, conducted a corrupt enterprise in violation of the Racketeer Influenced and Corrupt Organization ("RICO") Act, all of which acts are continuing in nature. As grounds, therefore beginning in 2008 to the present, Defendants misstated, misinformed and filed fake financial records on government websites, supported by self-authenticating digital evidence. RICO

---

[24] 18 U S Code § 1961 - Elements of Racketeering et seq.
Racketeering encompass a wide range of criminal activities that are directed towards generating a profit The actual income-generating activities may constitute a criminal offense County of Schuylkill , an organized criminal enterprise, and a transnational criminal organization, pursued financial fraud evidenced herein from the official public record

violations by Defendant USPS includes the following:

a.      USPS has incurred $65 billion of cumulative losses since the 2007-2009 recession, according to President Trump, evidence RICO financial fraud with no intent to earn profits and destroy competition;

b.      The Defendant USPS has systematically and continuously, over the last ten (10) years,  and more, conducted a corrupt enterprise in violation of the Racketeer Influenced and Corrupt Organization ("RICO") Act, all of which acts are continuing in nature. As grounds, therefore beginning in 2008 to the present.

c.      Defendants USPS, Brennan and her predecessors, misstated, misinformed and filed fake financial records on government websites, supported by self-authenticating digital evidence,  incurred $65 billion of cumulative losses since the 2007-2009 recession.

d.      The fact that USPS Corporation and USPS CEO Megan Brennan and General Counsel Thomas Marshall use alternative metrics to avoid generally accepted accounting principles (GAAP)[25]  and for private, personal economic gain.

e.      It is a financial fraud crime to lie or misconstrued information to the government and we the people, and Brennan lied, misstated and misconstrued financial reports notably without a Board of Directors.

f.      Kennedy believes no insurance corporation will write liability insurance for USPS for liability because their fraud goes back to 1789, and Ben Franklin, in Philadelphia Pennsylvania, the first General Postmaster.  Brennan does not have an unbroken line of succession back to Benjamin Franklin, the first General Postmaster and thus operates under a foundation of lies, misinformation and fraud.[26]

g.      USPS does not compete fairly nationwide and therefore violates RICO law and probably also anti-trust law of the US government.

h.      USPS serves as a collection agent for defendants IRS and Federal Reserve Board.

19.     The damages claimed are all a result of the injuries.

THIRD CAUSE OF ACTION – TRESPASS ON THE CASE -VICARIOUS LIABILITY

---

[25] Brennan and Marshall are federal government employees.
[26] Brennan and Marshall are federal government employees who may be charged with treason under military law now in effect.

20.     Paragraphs 1 through 19 are included by reference as though fully stated herein.

21.     Power is never without responsibility. And when authority derives in part from Government's thumb on the scales, the exercise of that power by defendant Petrus is closely akin, in some respects, to its exercise by Government itself.

22.     The purpose of imposing vicarious liability is to ensure the costs of injuries resulting from defective actions are placed on the source of the actions and others who make the actions possible rather than on injured persons who are powerless to protect themselves. For a defendant to be vicariously liable it must play an integral and vital part in the overall production and promotion activity so that the actor is in a position to affect others or, at the very least, it must provide a link in the chain of exposing the ultimate victim to the actor. The vicariously liable defendant must be in the business of controlling, leasing, bailing or licensing the actors. Each defendant is an agent of the other, and each has his place in the chain of exposing plaintiff Kennedy to the actors. Each defendant is vicariously liable for each instance of injury to the plaintiff.

23.     The damages claimed are all a result of the injuries.

FOURTH CAUSE OF ACTION – FAILURE TO PROVIDE A REPUBLICAN FORM OF GOVERNMENT

24      Paragraphs 1 through 23 are included by reference as though fully stated herein.

25.     Kennedy wishes Defendants to not breach their fiduciary duty to Kennedy. Kennedy wishes Defendants to not breach their oaths of offices.

12

26.     Kennedy wishes Defendants not to lie, mislead, misconstrue, misrepresent and/or put false information into either this court of record or the official public record. The Constitution guarantees to every state a Republican form of government (Art. 4, Sec. 4).

27.     No state may join the United States unless it is a Republic. Our Republic is one dedicated to "liberty and justice for all." Minority individual rights are the priority.

28.     The people have natural rights instead of civil rights. The people are protected by the Bill of Rights from the majority. One vote in a jury can stop all of the majority from depriving any one of the people of his rights; this would not be so if the United States were a democracy. The business model of Defendants USPS, United States Department of the Treasury, Internal Revenue Service, United States Tax Court, United States Department of Justice, Federal Reserve Board of Governors, and The Federal Reserve System, and their financial accounting agents are based on a foundation of deceptions, lies and fraud.

29.     The damages claimed are all a result of the injuries.

FIFTH CAUSE OF ACTION – INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

30.     Paragraphs 1 through 29 are included by reference as though fully stated herein.

31.     Kennedy states that Defendant IRS had jurisdiction and no evidence to steal funds from Kennedy.

32      Elements of intentional infliction of emotional distress as a tort is as follows: (1) the defendant must act intentionally or recklessly; (2) the defendant's conduct

must be extreme and outrageous, and (3) the conduct must be the cause (4) of severe emotional distress.

33.    Kennedy says all four elements are met.

34.    The damages claimed are all a result of the injuries.

LAW OF THE CASE

35.    Exhibit "1" is incorporated by reference as though fully stated herein. The date of the claim is the date of the hearing. Statutes and codes shall be the rules of decision as long as they are not in conflict with the common law.

## REQUEST FOR RELIEF

36.    For that cause of action, therefore, Plaintiff brings his suit.

37.    WHEREFORE, Plaintiff prays judgment against Defendants, and each of them, as follows.

On all causes of action:

38.    For general damages in the sum of $5,000 for each day of unlawful behaviors for each defendant, or $100,000.00 from each defendant, whichever is greater;

39.    For damages for the injury caused by the defendant's' absence of required actions of $5,000 for each failure to act; or $100,000.00 from each defendant, whichever is greater;

40.    That the court enter a declaratory judgment that defendants have acted arbitrarily and capriciously, have abused their discretion and have acted not in accordance with law, but under color of law;

41.    That the court enter a declaratory judgment that defendants have acted contrary to constitutional right, power or privilege;

42.    That the court enter a declaratory judgment that defendants' actions were in excess of statutory jurisdiction, authority and short of statutory right;

43.    That the court permanently enjoin defendants from interfering in any way with Kennedy's lawful rights and provide him with a lawful government;

44.    That the court permanently enjoin defendants from interfering in any way with Kennedy's lawful rights and honor their fiduciary duty to Kennedy and return all funds stolen from Kennedy nunc pro tunc;

45.    That the court order IRS to expunge data and records that injured Kennedy and return all fines and fess paid by Kennedy;

46.    That the court Order each defendant to compensate Kennedy $100,000 for injury and damages under First Cause of Action – Trespass on the Case;

47.    That the court Order USPS to compensate Kennedy $100,000 for injury and damages under Second Cause of Action – RICO, tripled under RICO to $300,000;

48.    That the court Order Defendant The Federal Reserve Board to compensate Kennedy $300,000 each for injury and damages under Second Cause of Action – RICO, tripled under RICO to $300,000;

49.    That the court Order each defendant to compensate Kennedy $150,000.00 for injury and damages under Third Cause of Action – Trespass on the Case - Vicarious Liability;

50.     That the court Order each defendant to compensate Kennedy $1,000,000 for injury and damages under Fourth Cause of Action – Failure to Provide a Republican Form of Government;

51.     That the court Order each Defendant to compensate Kennedy $500,000 for injury and damages under Fifth Cause of Action – Intentional infliction of emotional distress;

52.     That upon proper Motion, the Court Order Defendants to compensate Kennedy with punitive damages;

53.     That the court grant such, other and further relief as the court deems proper;

53.     For interest as allowed by law;

54.     For costs of suit incurred;

55.     I, Edward Thomas Kennedy, declare under penalty of perjury that the foregoing facts are true and correct to the best of my knowledge.

Date: January 21, 2019.

*Edward Thomas Kennedy (Kal)*

Edward Thomas Kennedy, Plaintiff
401 Tillage Road
Breinigsville, Pennsylvania
Telephone: 415-275-1244.
Fax: 570-609-1810.
Email: kennedy2018@alumni.nd.edu

Attached: Exhibit 1, Law of the Case ( 15 pages )   STC   1.21.19.

Notice of Constitutional Questions Forthcoming to PA Attorney Shapiro.

16

CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2019, I filed the foregoing Complaint, Exhibit 1 Law of the Case, and this Certificate of Service to the Clerk of this Court by regular US mail,

and to the following relevant party By US regular Mail:
Mark A. Milley, General
Chairman of the Joint Chiefs of Staff
9999 Joint Staff Pentagon
Washington, DC 20318-9999

Dated this 21st day of January 2019.

/s/ Edward Thomas Kennedy (seal)

EDWARD THOMAS. KENNEDY

17

# Exhibit 1 LAW OF THE CASE

Law of the Case is decreed as follows as though fully stated in the complaint.

    1.      Statutes and codes shall be the rules of decision as long as they are not in conflict with the common law. (See the use of dictionaries in the Supreme Court of the United States, by Kevin Werbach Looking It Up: The Supreme Court's Use of Dictionaries in Statutory and Constitutional Interpretation (1994). When the word law is used in the US Constitution, they mean the common law.

    2.      In a court of record, a judge has no discretion.  Discretion is reserved to the independent tribunal. When the word "law" is used without qualification, it means common law. An "attorney at law" means one who practices common law. (notwithstanding the fact that modern attorneys ignore the subject).  An "attorney in equity" is one who practices before an equity court.

A court of record is a "superior court."

A court not of record is an "inferior court."

"Inferior courts" are those whose jurisdiction is limited and special and whose proceedings are not according to the course of the common law." Ex Parte Kearny, 55 Cal. 212; Smith v. Andrews, 6 Cal. 652

Criminal courts proceed according to statutory law. Jurisdiction and procedure is defined by statute. Likewise, civil courts and admiralty courts proceed according to statutory law. Any court proceeding according to statutory law is not a court of record (which only proceeds according to common law); it is an inferior court.

"The only inherent difference ordinarily recognized between superior and inferior courts is that there is a presumption in favor of the validity of the judgments of the former, none in favor of those of the latter, and that a superior court may be shown not to have had power to render a particular judgment by reference to its record. Ex parte Kearny, 55 Cal. 212. Note, however, that in California 'superior court' is the name of a particular court. But when a court acts by virtue of a special statute conferring jurisdiction in a certain class of cases, it is a court of inferior or limited jurisdiction for the time being, no matter what its ordinary status may be. Heydenfeldt v. Superior Court, 117 Cal. 348, 49 Pac. 210; Cohen v. Barrett, 5 Cal. 195" 7 Cal. Jur. 579

The decisions of a superior court may only be challenged in a court of appeal.

The decisions of an inferior court are subject to collateral attack. In other words, in a superior court one may sue an inferior court directly, rather than resort to appeal to an appellate court. Decision of a court of record may not be appealed.

It is binding on ALL other courts.

However, no statutory or constitutional court (whether it be an appellate or supreme court) can second guess the judgment of a court of record. "The judgment of a court of record whose jurisdiction is final, is as conclusive on all the world as the judgment of this court would be. It is as conclusive on this court as it is on other courts. It puts an end to inquiry concerning the fact, by deciding it."

Ex parte Watkins, 28 U.S. (3 Pet.) 193, 202-203 (1830). [cited by SCHNECKLOTH v. BUSTAMONTE, 412 U.S. 218, 255 (1973)]

·

# Exhibit 1 LAW OF THE CASE

3.     Absolute Judicial immunity is a myth. A Judge does not have absolute immunity. Judicial immunity does not apply when the following conditions exist:

      a. when he is performing a non-judicial act, or

      b. when he acts in the complete absence of all jurisdiction.

4.     Statutes are expressions of will from the legislature.  To maintain confusion, Bar members append the word "law" to it.  Naturally, one is supposed to then believe that statutory law is the same as and equal to common law (it isn't!).  There is no legislative foundation for any Bar member to "practice" law.

5.     Codes are nothing more than a collection of statutes and other rules arranged by subject instead of being arranged by date. Law beats statutes; statutes beat codes.

6.     The California 1879 Constitution defines all California courts to be courts of record. California Government code says in two statutes: The people of this state do not yield their sovereignty to the agencies which serve them. The people, in delegating authority, do not give their public servants the right to decide what is good for the people to know and what is not good for them to know. The people insist on remaining informed so that they may retain control over the instruments they have created.[1]

7.     Commonwealth of Pennsylvania maintains confusion and deception with multiple versions of its Constitution. Commonwealth of Pennsylvania has had five versions of constitutions 1776, 1790, 1838, 1874, and 1968.[2]

8.     "Whereas it is essential if a man is not to be compelled to have recourse, as a last resort, to rebellion against tyranny and oppression, that human rights should be protected by the rule of law," (Preamble - Universal Declaration of Human Rights)

9.     Nisi Prius is defined as: "a court where civil actions are tried by a single judge sitting with a jury, as distinguished from an appellate court." This means the nisi prius court is a Trial Court which of course is where the facts of a case are discovered. A nisi prius court is a "court of no record," but a record is kept in a trial court. The mere keeping of a record does not qualify any court to be a court of record.

10.     Black's Law Dictionary, Fifth Edition, contributes to the confusion by listing only two of the four requirements for a court to qualify as a court of record.  For the full explanation, see https://www.1215.org/lawnotes/lawnotes/courtrec.htm.

11.     In California, all courts are named as courts of record.  However, if in an individual case they are not operated as courts of record, then they don't qualify as such.  It takes more than a name to make a court of record.  Even though a court may be keeping a record, it is a court of no record if it does not conform to the remaining three requirements for a lawful court of record.

12.     A court of record is a court which must meet the following criteria:

1. generally has a seal
2. power to fine or imprison for contempt
3. keeps a record of the proceedings

---

[1] California Government Code - 11120 and 54950.

[2] See John J. Kennedy, Pennsylvania Government and Politics, 1st Edition, Cognella publisher, 2018. Chapter 3, pages 79 to 90

## Exhibit 1 LAW OF THE CASE

4.  proceeding according to the common law (not statutes or codes)
5.  the tribunal is independent of the magistrate (judge)

Notice that a judge is a magistrate and is not the tribunal, and the tribunal is either the sovereign himself or a fully empowered jury (not a jury paid by the government).

13.    Black's Law Dictionary's omissions are subtle but one can recombine the information and get to the real meaning of terms such as "nisi prius".

14.    "Nisi prius" is a Latin term. Individually, the words mean this:
"Prius" means "first." For example, "Prius vitiis laboravimus, nunc legibus" means "We labored first with vices, now with laws." Quoted from Black's Law Dictionary, Fifth Edition. "Nisi" means "unless." Quoting from B.L.D., 5th Ed.: "The word is often affixed as a kind of elliptical expression, to the words 'rule,''order,' 'decree,' 'judgment,' or 'confirmation,' to indicate that the adjudication spoken of is one which is to stand as valid and operative unless the party affected by it shall appear and show cause against it, or take some other appropriate step to avoid it or procure its revocation."

15.    "Nisi prius court" is a court which will proceed unless a party objects. The agreement to proceed is obtained from the parties first.

16.    It is a matter of right that one may demand to be tried in a <u>court of record</u> as defined herein.  By sheer definition, that means that the court must proceed according to the common law (not the statutory law).  The only way that a court can suspend that right is by the prior agreement of the parties.

17.    For tactical reasons, the Commonwealth of Pennsylvania and/or the state and/or State prefers to proceed according to statutory law rather than common law.  The only way it can do that is to obtain the prior agreement from the parties.  That is the primary (but hidden) purpose of the arraignment procedure.

18.    During arraignment choices for pleading are only guilty, not guilty, nolo contendere, but all three choices lead to the same jurisdiction, namely a statutory jurisdiction, not a common law jurisdiction.  That is to say, the question to be decided is whether or not the statute was violated, not whether the common law was violated.

19.    The dictionary does not lie in its definition of a nisi prius court but it does omit some important information.  Namely, that it is a court that has been set up by prior agreement assumed because when the three statutory options [guilty, not guilty, nolo contendere] were presented to the defendant he chose one. He thus failed to enforce his right to be prosecuted in a court of record.

20.    Once the agreement (as evidenced in the arraignment proceeding) has been secured, the court proceeds under statutory authority.  Now the court ceases to be a court of record and becomes a court of no record by prior lack of objection, i.e. by prior agreement implied by failure to object.

21.    Naturally, after securing the agreement, a nisi prius court can move on to examine the facts with a judge and jury, etc. etc.

22.    The criminal court is an inferior court because it is operating according to special rules (criminal code) and not according to the common law. Even if its name is "Superior Court of ....." it is still an inferior court so long as it is operating according to some code or statutes rather than the common law. On the other hand, a court of record, so long as it meets the criteria, is a truly superior court. The decisions and proceedings of an inferior court are not presumed to

be valid. The inferior court can be sued in a superior court (that's called a "collateral attack"). In other words, the superior court (court of record) outranks the inferior court, not of record."

23.     Government Manipulation of Language. The first "trick" of the Government is the re-definition of certain critical words in each Statute (Act) The Government assumes the ordinary meaning of the word so as to trick the public into reading and interpreting the Statute in their favor. Here is a summary of some of the Trick Words. Two keywords that are re-defined in almost every Statute are the words "person" and "individual". There is at least two "person" in law:     A natural-person is a legal entity for the human being.

An artificial-person is a legal entity that is not a human being. (Here are the exact definitions from Barron's Canadian Law Dictionary, fourth edition (ISBN 0-7641-0616-3): natural person. A natural person is a human being that has the capacity for rights and duties. artificial person. A legal entity, not a human being, recognized as a person in law to whom certain legal rights and duties may attach - e.g. a body corporate.)

24.     The natural-person has the "capacity" (i.e. ability) for rights and duties, but not necessarily the obligation. The artificial-person has rights and duties that may be attached (i.e. assigned) bylaws.

25.     The second "trick" of the Government is to use the Interpretation Act to define words that apply to all Statutes unless re-defined within a particular Statute. Without this knowledge, one could assume the ordinary meaning for the words one is reading, not realizing that they may have been defined by the Interpretation Act. Unless these words have been re-defined in another Statute, the underlying definitions for the two most important words still apply, either from the Interpretation Act, or the Canadian Law Dictionary.

Basically, they are defined as follows:

a.     from the Canadian Law Dictionary one can find that:
individual means a natural person,

b.     from the Income Tax Act find the re-definition:
individual means an artificial person.

c.     from the Canadian Law Dictionary find that:
person means an individual (natural person) or an incorporated group (artificial person),

d.     from the Interpretation Act find the re-definition:
person means a corporation (an artificial- person),

e.     from the Income Tax Act find the re-definition again:
person means an artificial person (amongst other things).

26.     In the Canadian Human Rights Act, one can see how individual and person are used and how they are applied to natural and artificial persons.

27.     The third "trick" of the Government is to use the word "includes" in definitions instead of using the word "means". They do this in some critical definitions that they want to be misinterpreted. If they used "means" instead of "includes" then their deception would be exposed, but by using "includes" they rely upon the reader to assume that "includes" expands the definition, whereas, in reality, it restricts the definition in the same manner that "means" restricts the definition.

28.     Here is a means definition of the word "person" from the Bank Act:
person means a natural person, an entity or a personal representative;

29.     Here is an includes definition of the word "person" from the Interpretation Act:
person, or any word or expression descriptive of a person, includes a corporation

# Exhibit 1 LAW OF THE CASE

To expose their deception, substitute the word means or any word or expression descriptive of a person, means a corporation (viz. artificial-person)

30.    Both "means" and "includes" are restrictive in scope because they only encompass part of the whole. Typically they are used in the following form:

person means A or B or C (and nothing else).

person includes A and B and C (and nothing else).

31.    From the above example, one sees the logical difference. The list that follows means is constructed using "or", whereas the list that follows includes is constructed using "and".

32.    There is a Legal Maxim that supports the restriction of "includes" which is as follows: Inclusio unius est exclusio alterius. The inclusion of one is the exclusion of another.

The definition of the word include is key to understanding the potential loss of the natural person. This is the major trick used by the Government in an attempt to take away natural-person rights. Unless this is known one voluntarily forfeits rights.

33.    The fourth "trick" of the Government is to modify how the word "includes" is used in order to make an expansion in the definition when such expansion is required. This "trick" helps add confusion to the use of "includes" convincing most readers that "includes" should always be expansive rather than limiting. Here are some legitimate ways in which "includes" is modified to become expansive rather than restrictive:

also includes, and includes, includes, without limitation, including, including but not limited to

34.    The expansive definitions usually take the following form:

person means A or B or C and includes D. (A,B, C and D). However, there is also a possibility that "and includes" is restrictive in some constructions. There are some people investigating this possibility right now. Their logic is demonstrated by the following example of a definition that states: province means a province of Canada and includes Ontario and Quebec.

So, if one presumes that "and includes" does provide expansion then one must ask why Ontario and Quebec had to be specifically mentioned when they are already part of a so-called province.

35.    The above construction clearly defines the scope of what is meant by province, that is a province of Canada (it does not say which one), and includes only Ontario and Quebec (compiled from a list of two from the original scope of all provinces). In this construction, means provides the scope of the definition and includes provides the list of what is actually included in the definition.

36.    The foregoing analysis is one interpretation but is not the only interpretation. The use of "includes" in statutory definitions can be argued both ways and is the backbone of understanding interpretations.

37.    With the presumption that "and includes" is restrictive, then we must take a very close look at the following definition, taken from the Interpretation Act:

province means a province of Canada and includes the Yukon Territory, the Northwest Territories and Nunavut.

38.    With this presumption what is stated is: unless another statute re-defines province, the default definition of province only includes the Yukon Territory, the Northwest Territories and Nunavut.

39.    So in order to not become absurd, we must allow for "and includes" to be expansive, however, more work needs to be done on this subject before placing the last nail in the coffin, so to speak.

40.     Barron's Canadian Law Dictionary does not provide definitions for "include" or "means" therefore we have to look in the next source for the definitions.

41.     From Black's Law Dictionary, fourth edition, here is the definition for the word "include":

include. To confine within, hold as in an enclosure, take in, attain, shut up, contain, inclose, comprise, comprehend, embrace, involve. Including may, according to context, express an enlargement and have the meaning of and or in addition to, or merely specify a particular thing already included within general words heretofore used.

inclose. To surround; to encompass; to bound; fence, or hemin, on all sides.

It is stated in the above definition that the verb include is clearly restrictive and only has limited scope. On the other hand, the participle, including (but not limited to) enlarges the scope.

42.     Therefore the conclusion is that when used in a definition, include does not expand the existing definition of the word it is attempting to define.

43.     It is easy to be confused because one naturally assumes the existing definition of the word, then assume include means to add this new interpretation to the existing assumed definition of the word. Our assumptions fail us in this case.

44.     For the Doubting Thomas: If one looks into any statute, one will be able to find a definition that uses the word includes and attempts to broaden the scope of that word to include the ordinary meaning, find that the statute will break down because it will not be able to support the inclusion of the ordinary meaning of the word.

45.     The breakdown usually occurs when slavery is invoked.

46.     Courts may be classified and divided according to several methods, the following being the more usual: COURTS OF RECORD and COURTS NOT OF RECORD.

47.     The former being those whose acts and judicial proceedings are enrolled, or recorded, for a perpetual memory and testimony, and which have power to fine or imprison for contempt. The error lies to their judgments, and they generally possess a seal.

48.     Courts not of record are those of inferior dignity, which have no power to fine or imprison, and in which the proceedings are not enrolled or recorded.  See 3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231.

49.     A "court of record" is a judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, and proceeding according to the course of common law, its acts and proceedings being enrolled for a perpetual memorial.  See Jones v. Jones, 188 Mo. App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J.  See, also, Ledwith v. Rosalsky, 244 N.Y.

50.     CONFIRMATIO CARTARUM, (conforming charter)

October 10, 1297, **By Edward, King of England**, reaffirms that the Magna Carta may be pleaded as the Common Law before a court.

This links the Magna Carta to the Common Law.

The U.S. Constitution guarantees one's access to the Common Law, i.e. the Magna Carta.

( See "Sources of Our Liberties" Edited by Richard L. Perry, American Bar Foundation; distributed by Associated College Presses, 32 Washington Place, New York 3, New York.).

51.     The Constitution guarantees to every state a Republican form of government (Art. 4, Sec. 4).

52.     No state may join the United States unless it is a Republic. Our Republic is one dedicated to "liberty and justice for all." Minority individual rights are the priority. The people have natural rights instead of civil rights. The people are protected by the Bill of Rights from the majority. One vote in a jury can stop all of the majority from depriving any one of the people of his rights; this would not be so if the United States were a democracy.

53.     The definition of sovereignty retains the meaning it had at the time the US Constitution was formed. Who is the Tribunal? Answer: The sovereign, the ultimate Judge.

54.     ...at the Revolution, the sovereignty devolved on the people; and they are truly the sovereigns of the country, but they are sovereigns without subjects...with none to govern but themselves..... [CHISHOLM v. GEORGIA (US) 2 Dall 419, 454, 1 L Ed 440, 455 @DALL (1793) pp 471-472.]

55.     The very meaning of 'sovereignty' is that the decree of the sovereign makes law. [American Banana Co. v. United Fruit Co., 29 S.Ct. 511, 513, 213 U.S. 347, 53 L.Ed. 826, 19 Ann.Cas. 1047.]

56.     Where rights secured by the Constitution are involved, there can be no rulemaking or legislation which would abrogate them. [Miranda v. Arizona, 384 US 436, 491.]

57.     There can be no sanction or penalty imposed upon one because of this exercise of constitutional rights. [Sherer v. Cullen, 481 F 946.]

58.     Republican government. One in which the powers of sovereignty are vested in the people and are exercised by the people, either directly, or through representatives are chosen by the people, to whom those powers are specially delegated. [In re Duncan, 139 U.S. 449, 11 S.Ct. 573, 35 L.Ed. 219; Minor v. Happersett, 88 U.S. (21 Wall.) 162, 22 L.Ed. 627." Black's Law Dictionary, Fifth Edition, p. 626.]

59.     The Commonwealth of Pennsylvania is an inseparable part of the United States of America, and the United States Constitution is the supreme law of the land. Notice and see Pennsylvania Constitution, all versions.

60.     This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby; any Thing in the Constitution or Laws of any State to the Contrary notwithstanding. [Constitution for the United States of America, Article VI, Clause 2.]

61.     Conspiracy against rights: If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured - They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death. [18, USC 241]

62.     Deprivation of rights under color of law: Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities

## Exhibit 1 LAW OF THE CASE

secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.  [18, USC 242]

63.     COURT. The person and suit of the sovereign; the place where the sovereign sojourns with his regal retinue, wherever that may be. [3]

64.     COURT. An agency of the sovereign created by it directly or indirectly under its authority, consisting of one or more officers, established and maintained for the purpose of hearing and determining issues of law and fact regarding legal rights and alleged violations thereof, and of applying the sanctions of the law, authorized to exercise its powers in the course of law at times and places previously determined by lawful authority. [4]

65.     COURT OF RECORD. To be a court of record a court must have four characteristics and may have a fifth. They are:

A. A judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it [Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689][Black's Law Dictionary, 4th Ed., 425, 426]

B. Proceeding according to the course of common law [Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689][Black's Law Dictionary, 4th Ed., 425, 426]

C. Its acts and judicial proceedings are enrolled, or recorded, for a perpetual memory and testimony. [3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. the U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231]

D. Has power to fine or imprison for contempt. [3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. the U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231.][Black's Law Dictionary, 4th Ed., 425, 426]

E. Generally possesses a seal. [3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. the U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231.][Black's Law Dictionary, 4th Ed., 425, 426]

---

[3] Black's Law Dictionary, 5th Edition, page 318.

[4] Isbill v. Stovall, Tex.Civ App , 92 S.W.2d 1067, 1070,
Black's Law Dictionary, 4th Edition, page 425.

66.     The following persons are magistrates: ...The judges of the superior courts.... [California Penal Code, Sec. 808.] ...our justices, sheriffs, mayors, and other ministers, which under us have the laws of our land to guide, shall allow the said charters pleaded before them in judgment in all their points, that is to wit, the Great Charter as the common law.... [Confirmatio Cartarum, November 5, 1297, Sources of Our Liberties Edited by Richard L. Perry, American Bar Foundation]

67.     Henceforth the writ which is called Praecipe shall not be served on anyone for any holding so as to cause a free man to lose his court.  [Magna Carta, Article 34].

68.     If any claim, statement, fact, or portion in this action is held inapplicable or not valid, such a decision does not affect the validity of any other portion of this action.

69.     The singular includes the plural and the plural the singular. The word people is both singular and plural.

70.     The present tense includes the past and future tenses; and the future, the present.

71.     The masculine gender includes the feminine and neuter.

72.     We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defense, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America.

73.     Through the courts, Plaintiff Kennedy encourages the government to obey the law.

75.     Edward Thomas Kennedy, Plaintiff, is one of the people and in the court of record, wishes and demands individual defendants, and/or their counsel, to reply and testify, affirm, and/or declare under penalty of perjury to his complaint.

76.     The Eleventh Amendment does not protect state officials from claims for prospective relief when it is alleged that state officials acted in violation of federal law. Warnock v. Pecos County, 88 F.3d 341 (5th Cir. 07/08/1996), Ex parte Young, 209 U.S. 123, 155-56, 52 L. Ed. 714, 28 S. Ct. 441 (1908); Edelman v. Jordan, 415 U.S. 651, 664, 39 L. Ed. 2d 662, 94 S. Ct. 1347 (1974); Brennan v. Stewart, 834 F.2d 1248, 1252 (5th Cir. 1988).

77.     No money shall be drawn from the treasury, but in consequence of appropriations made by law; and a regular statement and account of receipts and expenditures of all public money shall be published from time to time." [5]

78.     The Constitution of the United States of America, Article II Section 2. "The judicial power shall extend to all cases, in law and equity,[6] arising under this Constitution, the laws of the United States, and treaties made, or which shall be made, under their authority;--to all cases affecting ambassadors, other public ministers and consuls;--to all cases of admiralty and maritime jurisdiction;--to controversies to which the United States shall be a party;--to controversies between two or more statists; between a state and citizens of another

---

[5] Article I, Section 9, Clause 7, U S  Constitution,  link here

https //constitution.solari.com/the-appropriations-clause-a-history-of-the-constitutions-as-of-yet-underused-clause/

[6] Law here means common law.

ate;--between citizens of different states;--between citizens of the same state claiming lands under grants of different states, and between a state, or the citizens thereof, and foreign states, citizens or subjects. In all cases affecting ambassadors, other public ministers and consuls, and those in which a state shall be a party, the Supreme Court shall have original jurisdiction. In all the other cases before mentioned, the Supreme Court shall have appellate jurisdiction, both as to law and fact, with such exceptions, and under such regulations as the Congress shall make. The trial of all crimes, except in cases of impeachment, shall be by jury; and such trial shall be held in the state where the said crimes shall have been committed; but when not committed within any state, the trial shall be at such place or places as the Congress may by law have directed."

79.    Charter for the Province of Pennsylvania-1681.[7]

80.    Penn's Charter of Liberty - April 25, 1682.[8]

81.    Charter of Privileges Granted by William Penn, Esq.
to the Inhabitants of Pennsylvania and Territories, October 28, 1701.[9]

82.    Constitution of Pennsylvania - September 28, 1776.[10]

83.    Small points of the law are not law.

84.    Trespass means injury committed with force, actual or implied; immediate and not consequential; if the property involved, the property ty was in actual or constructive possession of the plaintiff at the time of injury. Source: Koffler: Common Law Pleading, 152 (1969)

85.    Trespass on the Case – In practice, means the form of action by which a person seeks to recover damages caused by an injury unaccompanied with force or which results indirectly from the act of the defendant. It is more generally called, simply, case. Source: 2 Bouvier's Law Dictionary 610 (1867).

86.    "...at the Revolution, the sovereignty devolved on the people; and they are truly the sovereigns of the country, but they are sovereigns without subjects...with none to govern but themselves; the citizens of America are equal as fellow citizens, and as joint tenants in the sovereignty." CHISHOLM v. GEORGIA (US) 2 Dall 419, 454, 1 L Ed 440, 455 @DALL 1793 pp 471-472.

87.    The people of this State, as the successors of its former sovereign, are entitled to all the rights which formerly belonged to the King by his prerogative. Through the medium of their Legislature they may exercise all the powers which previous to the Revolution could have been exercised either by the King alone, or by him in conjunction with his Parliament; subject only to those restrictions which have been imposed by the Constitution of this State or of the U.S.Lansing v. Smith, 21 D. 89., 4 Wendel 9 (1829) (New York)
"D." = Decennial Digest, Lansing v. Smith, 4 Wend. 9 (N.Y.) (1829), 21 Am. Dec. 89
10C Const. Law Sec. 298; 18 C Em.Dom. Sec. 3, 228; 37 C Nav.Wat. Sec. 219; Nuls Sec. 1`67; 48 C Wharves Sec. 3, 7. NOTE: Am.Dec.=American The decision, Wend. = Wendell (N.Y.)

88.    Law of Armed Conflict, Senator Lindsey Graham Questions Brett Kavanaugh Military Law vs Criminal Law, link here:

---

[7] http://avalon.law.yale.edu/17th_century/pa01.asp

[8] http://avalon.law.yale.edu/17th_century/pa03.asp

[9] http://avalon.law.yale.edu/18th_century/pa07.asp

[10] http://avalon.law.yale.edu/18th_century/pa08.asp

# Exhibit 1 LAW OF THE CASE

https://www.youtube.com/watch?v=3_gmOsnjrZw&index=25&list=WL&t=0s.
The case cited by Graham and Kavanaugh is here: YASER ESAM HAMDI v. DONALD H. RUMSFELD, SECRETARY OF DEFENSE, et al., link here: http://law2.umkc.edu/faculty/projects/ftrials/conlaw/hamdi.html.

    89.    California Government Code Sections 11120 and 54950 contain strong statements about the sovereignty of the people.

    90.    CALIFORNIA CODES GOVERNMENT CODE SECTION 54950-54963 54950. In enacting this chapter, the Legislature finds and declares that the public commissions, boards and councils and the other public agencies in this State exist to aid in the conduct of the people's business. It is the intent of the law that their actions be taken openly and that their deliberations be conducted openly. The people of this State do not yield their sovereignty to the agencies which serve them. The people, in delegating authority, do not give their public servants the right to decide what is good for the people to know and what is not good for them to know. The people insist on remaining informed so that they may retain control over the instruments they have created.

    91.    CALIFORNIA CODES GOVERNMENT CODE SECTION Section 11120: It is the public policy of this state that public agencies exist to aid in the conduct of the people's business and the proceedings of public agencies be conducted openly so that the public may remain informed. In enacting this article the Legislature finds and declares that it is the intent of the law that actions of state agencies be taken openly and that their deliberation be conducted openly. The people of this state do not yield their sovereignty to the agencies which serve them. The people, in delegating authority, do not give their public servants the right to decide what is good for the people to know and what is not good for them to know. The people insist on remaining informed so that they may retain control over the instruments they have created. This article shall be known and may be cited as the Bagley-Keene Open Meeting Act.

    92.    SCOTUS recognizes personal sovereignty, June 16, 2011. https://www.supremecourt.gov/opinions/13pdf/12-158_6579.pdf.

    93.    CONSTITUTIONAL PREAMBLES

    Constitution for the United States of America: We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defense, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America.

    1849 California Constitution: WE the people of California, grateful to Almighty God for our freedom: in order to secure its blessings, do establish this Constitution.

    1879 State of California Constitution: We, the People of the State of California, grateful to Almighty God for our freedom, in order to secure and perpetuate its blessings, do establish this Constitution.

    In all three constitutions (and the constitution of any real republic) the operative word is "establish." People existed in their own individual sovereignty before the constitution was enabled. When the People "establish" a constitution, there is nothing in the word "establish" that signifies that they have yielded any of their sovereignty to the agency they have created. To interpret otherwise would convert the republic into a democracy. Also, see the legislated notice from the People to the government written in the California Government Codes 11120 and 54950 quoted herein.

# Exhibit 1 LAW OF THE CASE

94.     To deprive the People of their sovereignty it is first necessary to get the People to agree to submit to the authority of the entity they have created. That is done by getting them to claim they are citizens of that entity (see Constitution for the U.S.A., XIV Amendment, for the definition of a citizen of the United States.)

95.     14 C.J.S. 426, 430 The particular meaning of the word "citizen" is frequently dependent on the context in which it is found [11], and the word must always be taken in the sense which best harmonizes with the subject matter in which it is used.[12] One may be considered a citizen for some purposes and not a citizen for other purposes, as, for instance, for commercial purposes, and not for political purposes.[13] So, a person may be a citizen in the sense that as such he is entitled to the protection of his life, liberty, and property, even though he is not vested with the suffrage or other political rights.[14]

96.     SOVEREIGNTY Black's Law Dictionary, Fourth Edition
The power to do everything in a state without accountability,--to make laws, to execute and to apply them, to impose and collect taxes and levy contributions, to make war or peace, to form treaties of alliance or of commerce with foreign nations, and the like. Story, Const. Sec 207 Sovereignty in government is that public authority which directs or orders what is to be done by each member associated in relation to the end of the association. It is the supreme power by which any citizen is governed and is the person or body of persons in the state to whom there is politically no superior. The necessary existence of the state and that right and power which necessarily follow is "sovereignty." By "sovereignty in its largest sense is meant supreme, absolute, uncontrollable power, the absolute right to govern. The word which by itself comes nearest to being the definition of "sovereignty" is will or volition as applied to political affairs.[15]

STATE Black's Law Dictionary, Fourth Edition
A People permanently occupying a fixed territory bound together by common-law habits and custom into one body politic exercising, through the medium of an organized government, independent sovereignty and control over all persons and things within its boundaries, capable of making war and peace and of entering into international relations with other communities of the globe. [16]

97.     In concluding his list of grievances against the Parliament and crown, Jefferson used a reference to natural rights that was to be the core of the Declaration of Independence he drafted two years later: . . . That these are our grievances which we have thus laid before his majesty, with that freedom of language and sentiment which becomes a free people claiming their rights, as derived from the laws of nature, and not as the gift of their chief magistrate.[17]

98.     "In *Chisholm*, the Justices of the Supreme Court rejected Georgia's claim to be sovereign. They concluded instead that, to the extent, the term "sovereignty" is even

---

[11] Cal --Prowd v Gore, 2 Dist. 207 P 490. 57 C A. 458.

[12] Cal --Prowd v Gore  2 Dist. 207 P. 490  57 C A. 458. La.--Lepenser v Griffin, 83 So. 839, 146 La  584 N.Y.--Union Hotel Co  v Hersee, 79 N Y 454

[13] U.S.--The Freundschaft, N C., 16 U.S  14, 3 Wheat  14, 4 L Ed  322

--Murray v The Charming Betsy, 6 U.S  64, 2 Cranch 64, 2 L.Ed  208 Md.--Risewick v Davis, 19 Md  82 Mass.--Judd v. Lawrence, 1 Cush 531.

[14] Mass.--Dillaway v. Burton, 153 N.E. 13, 256 Mass  568

[15] City of Bisbee v. Cochise County, 52 Ariz. 1, 78 P.2d 982, 986.

[16] United States v Kusche, D C.Cal , 56 F.Supp  201, 207, 208. The organization of social life which exercises sovereign power in behalf of the people. Delany v. Moraitis, C C A Md , 136 F 2d 129, 130.

[17] https://www loc gov/teachers/classroommaterials/connections/thomas-jefferson/history3.html

appropriately applied to the newly-adopted Constitution, it rests with the people, rather than with state governments."[18]

99.     A person may be a citizen for commercial purposes and not for political purposes." [19]

100.     Lieber Code

The Lieber Code of April 24, 1863, also known as Instructions for the Government of Armies of the United States in the Field, General Order № 100,[1][2] or Lieber Instructions, was an instruction signed by US President Abraham Lincoln to the Union Forces of the United States during the American Civil War that dictated how soldiers should conduct themselves in wartime.

101.     18 U.S. Code § 2384 - Seditious conspiracy

If two or more persons in any State or Territory, or in any place subject to the jurisdiction of the United States, conspire to overthrow, put down, or to destroy by force the Government of the United States, or to levy war against them, or to oppose by force the authority thereof, or by force to prevent, hinder, or delay the execution of any law of the United States, or by force to seize, take, or possess any property of the United States contrary to the authority thereof, they shall each be fined under this title or imprisoned not more than twenty years, or both.

(June 25, 1948, ch. 645, 62 Stat. 808; July 24, 1956, ch. 678, § 1, 70 Stat. 623; Pub. L. 103–322, title XXXIII, § 330016(1)(N), Sept. 13, 1994, 108 Stat. 2148.)

102.     18 U.S. Code § 2381 - Treason

Whoever, owing allegiance to the United States, levies war against them or adheres to their enemies, giving them aid and comfort within the United States or elsewhere, is guilty of treason and shall suffer death, or shall be imprisoned not less than five years and fined under this title but not less than $10,000; and shall be incapable of holding any office under the United States.

(June 25, 1948, ch. 645, 62 Stat. 807; Pub. L. 103–322, title XXXIII, § 330016(2)(J), Sept. 13, 1994, 108 Stat. 2148.)

103.     RESERVATION OF SOVEREIGNTY: "Even if the Tribe's power to tax were derived solely from its power to exclude non-Indians from the reservation, the Tribe has the authority to impose the severance tax. Non-Indians who lawfully enter tribal lands remain subject to a tribe's power to exclude them, which power includes the lesser power to tax or place other conditions on the non-Indian's conduct or continued presence on the reservation. The Tribe's role as a commercial partner with petitioners should not be confused with its role as sovereign. It is one thing to find that the Tribe has agreed to sell the right to use the land and take valuable minerals from it, and quite another to find that the Tribe has abandoned its sovereign powers simply because it has not expressly reserved them through a contract. To presume that a sovereign forever waives the right to exercise one of its powers unless it expressly reserves the right to exercise that power in a commercial agreement turns the concept of sovereignty on its head. Merrion v. Jicarilla Apache Tribe; Amoco Production Company v. Jicarilla Apache Indian Tribe, 455 U.S. 130, 131, 102 S.Ct. 894, 71 L.Ed.2d 21 (1981).

---

[18] In re Chisholm v. Georgia, 2 U S  (Dall ) 419 (1793). Barnett, Randy E , The People or The State?. Chisholm V. Georgia and Popular Sovereignty. Virginia Law Review, Vol  93, Georgetown Public Law Research Paper No. 969557. Available at SSRN  http //ssrn com/abstract 969557.

[19] Field v. Adreon, 7 Md. 209.

# Exhibit 1 LAW OF THE CASE

104.   Effective January 1, 2019, 2018 Amendments to the Manual for Courts-Martial, United States, issued on March 1, 2018, Sec. 5.   The amendments in Annex 2, including Appendix 12A, shall take effect on January 1, 2019, subject to the following:[20]

(a)  Nothing in Annex 2 shall be construed to make punishable any act done or omitted prior to January 1, 2019, that was not punishable when done or omitted.

105.   Donald J. Trump Presidential Executive Orders must be followed by all government employees and BAR Association member Attorneys worldwide, and are as follows:

106   PA Consolidated Statutes, Title 42 § 321.  Court of record.
Except as otherwise provided in this subpart every court of this Commonwealth shall be a court of record with all the qualities and incidents of a court of record at common law. See also Exhibit 1, Law of the Case for a true definition of court of record.[21]

107.   PREAMBLE

WE, the people of the Commonwealth of Pennsylvania, grateful to Almighty God for the blessings of civil and religious liberty, and humbly invoking His guidance, do ordain and establish this Constitution.[22]

108.   In re Dismissal for Failure to State a Claim
FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED

---

[20]

https://www.whitehouse.gov/presidential-actions/2018-amendments-manual-courts-martial-united-states/
a)  Nothing in Annex 2 shall be construed to make punishable any act done or omitted prior to January 1, 2019, that was not punishable when done or omitted.

(b)  Nothing in section 4 of Annex 2 shall be construed to invalidate the prosecution of any offense committed before January 1, 2019.  The maximum punishment for an offense committed before January 1, 2019, shall not exceed the maximum punishment in effect at the time of the commission of such offense.

(c)  Nothing in Annex 2 shall be construed to invalidate any nonjudicial punishment proceeding, restraint, investigation, referral of charges, trial in which arraignment occurred, or other action begun prior to January 1, 2019.  Except as otherwise provided in this order, the amendments in Annex 2 shall not apply in any case in which charges are referred to trial by court-martial before January 1, 2019.  Except as otherwise provided in this order, proceedings in any such case shall be held in the same manner and with the same effect as if such amendments had not been prescribed.

[21] court of record a. issue ro be decided and b. The decision that was made.

[22] WE the people created the government, and we the people do not yield our sovereignty to those agencies that serve us.

## Exhibit 1 LAW OF THE CASE

"The general rule in appraising the sufficiency of a complaint about failure to state a claim is that a complaint should not be dismissed '***unless it appears beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief.'
CONLEY VS. GIBSON (1957), 355 U.S. 41, 45, 46, 78 S.Ct. 99, 102, 2 LEd 2d 80; SEYMOUR VS. UNION NEWS COMPANY, 7 Cir., 1954, 217 F.2d 168; and see rule 54c, demand for judgment, FEDERAL RULES OF CIVIL PROCEDURE, 28 USCA: "***every final judgment shall grant the relief to which the party in whose favor it is rendered is entitled, even if the party has not demanded such relief in his pleadings."
U.S. V. WHITE COUNTY BRIDGE COMMISSION (1960), 2 Fr Serv 2d 107, 275 F2d 529, 535

"A complaint may not be dismissed on motion if it states some sort of claim, baseless though it may eventually prove to be, and inartistically as the complaint may be drawn. Therefore, under our rules, the plaintiff's allegations that he is suing in 'criminal libel' should not be liberally construed. [3] The complaint is hard to understand but this, with nothing more, should not bring about a dismissal of the complaint, particularly is this true where a defendant is not represented by counsel, and in view of rule 8{f} of the rules of civil procedure, 28 U.S.C., which requires that all pleadings shall be construed as to do substantial justice BURT VS. CITY OF NEW YORK, 2Cir., (1946) 156 F.2d 791. Accordingly, the complaint will not be dismissed for insufficiency. [4,5] Since the Federal Courts are courts of limited jurisdiction, a plaintiff must always show in his complaint the grounds upon which that jurisdiction depends."

STEIN   VS.   BROTHERHOOD   OF   PAINTERS,   DECORATORS,   AND PAPERHANGERS OF AMERICA, DCCDJ (1950), 11 F.R.D. 153.

"A complaint will not be dismissed for failure to state a claim, even though inartistically drawn and lacking in allegations of essential facts, it cannot be said that under no circumstances will the party be able to recover."

JOHN EDWARD CROCKARD VS. PUBLISHERS, SATURDAY EVENING POST MAGAZINE OF PHILADELPHIA, PA (1956) Fr Serv 29, 19 F.R.D. 511, DCED Pa 19 (1958).[23]

---

[23] See also "FRCP 8f. CONSTRUCTION OF pleadings.
All pleadings shall be so construed as to do substantial justice."
DIOGUARDI VS DURNING, 2 CIR., (1944) 139 F2d 774