IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Allentown Division

KENNEDY,
    Plaintiff.

v.

Case No. 5: 18-cv-00257

COMMISSIONER DEPARTMENT OF
THE TREASURY INTERNAL REVENUE
SERVICE, et. al.,
    Defendants.

PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION
for a New Trial and Provide ECF Access to File

1.     Plaintiff is Edward T. Kennedy (Kennedy), one of the people of Pennsylvania, in this court of record, Motions the Court to for a new trial against all Defendants COMMISSIONER DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE, et. al., hereinafter "Defendants" for it is my wish, and provide Kennedy with ECF access to file his an amended complaint in a new trial, for this case has procedural errors.

2.     Kennedy discloses that he is grateful that this court waived fees, and he does have a pacer.gov account.

3.     At his Investiture, Kennedy took an oath in a church of God in 2008 in Arizona to work to relieve all human suffering, and Kennedy has never violated that oath, for he is both a

1

Papal Knight and ordained Roman Catholic priest (Eastern Rite).[1]

4.  Independent to his Investiture oaths, Kennedy choose to live a simple life - mostly asceticism, and effective January 1, 2019, this self-sacrifice is now ended.

5.  Therefore, Kennedy would not Object if the judge assigned to administrate his case would comply with international treaty law,[2] his Investiture oaths and his oath of office.

Law of the Case

6.  Law of the Case is Exhibit 1, Law of the Case. Denial of ECF access is denial of due process, and favored the defendants

7.  The nation is a constitutional republic, and not a judicial dictatorship, and effective January 1, 2019, the nation is under military law.[3] The US Judiciary is independent of Executive and Legislative branches, but its employees are now under military law. Kennedy wishes all government employees to obey the law.

TAKE JUDICIAL COGNIZANCE

8.  Executive Order 13825 concerning 2018 Amendments to the Manual for

---

[1] Evidenced by a published Legal Notice, and his Diplomatic passport and credentials, apostille in St Kitts Nevis.

[2] TREATY BETWEEN THE HOLY SEE AND ITALY , link here:
http://www.vaticanstate.va/content/dam/vaticanstate/documenti/leggi-e-decreti/Normative-Penali-e-Amministrative/LateranTreaty.pdf

[3] Executive Order 13825 concerning 2018 Amendments to the Manual for Courts-Martial, United States (March 1, 2018) effective January 1, 2019 # Law of Armed Conflict, Senator Lindsey Graham Questions Brett Kavanaugh Military Law vs Criminal Law, link here
https://www.youtube.com/watch?v=3_gmOsnjrZw&index=25&list=WL&t=0s
The case cited by Graham and Kavanaugh is YASER ESAM HAMDI v DONALD H. RUMSFELD, SECRETARY OF DEFENSE, et al , link here· http //law2 umkc edu/faculty/projects/ftrials/conlaw/hamdi html
Commentary it would be corrupt, perhaps treason for a federal employee to pressure they are the court

Courts-Martial, United States (March 1, 2018) effective January 1, 2019.

9. Plaintiff Kennedy accepts the oath of office of the Judge and binds him to it and notices this court of record concerning the national emergency, the rule of law and military law, effective January 1, 2019, under the authority of Executive Order 13825, signed by President Donald J. Trump stated herein.

Date: January 22, 2019.

Respectfully submitted,

/s/ Edward T. Kennedy (seal)

Edward T. Kennedy, Plaintiff.
401 Tillage Road
Breinigsville, Pennsylvania 18031
Email. pillar.of.peace.2012@gmail.com
Email: kennedy2018@alumni.nd.edu
Telephone: 415-275-1244.
Fax: 570-609-1810.

CERTIFICATE OF SERVICE

I, Edward T. Kennedy, hereby certify that on January 22, 2019 I filed the foregoing PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION and related Notice and Motion to Reopen by US regular Mail to the Clerk of this Court and served by email on the following modern Attorney:

>	catriona.coppler@usdoj.gov
>	Catriona M. Coppler
>	Tax Attorney, Tax Division
>	US Department of Justice
>	Post Office Box 227
>	Washington, DC 20044

>							*/s/ Edward T. Kennedy*
>							_____
>							EDWARD T. KENNEDY